United States District Court
NORTHREN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED

UNITED STATES OF AMERICA

2011 OCT 11 AM 11:21

v

Case 2:11 mJ 232

MARTIN    JONASSEN

## Statement

I am a man of the land, born on the soil, sui juris of the Soverign Country of Michigan with unalienable rights reserved; consent withdrawn, expaitrated, no contract. Sometimes referred to as a state national or soverign, for explanation purposes only common law, natural person. ALL rights reserved.

As also is my daughter Elizabeth Jonassen

On this 5'th day of October, 2011

In propria persona by special appearance only

Mart Jon
_____
Martin Jonassen

Martin Jonassen

Legal Mail

Clerks Office Stephen R Ludwig
United States District Court
5400 Federal Plaza
Hammond, Indiana [46320]