United States District Court
Northren District of Indiana
Hammond Division

FILED

UNITED STATES OF AMERICA

2011 OCT 11 AM 11:21

V

STE...
U.S. ... KURT
FOR THE ...

Case #2:11mJ232

MARTIN JONASSEN

## Motion to Dismiss

Amongst other numerous inconsistancies and whereas testimony has parent/guardian on page five in the bathroom and on page eight it has parent/guardian outdoors, the testimony is irrevocably tainted and such cannot be entered into evidence. Tainted testimony cannot be influenced only dismissed. Therefore we move the court complaint be dismissed.

There is an administeral duty to dismiss cases having jurisdictional defect. Since jurisdictional defects can be raised at any time, it is a non-sequitor to suggest they can be procedurally defaulted. Jurisdiction once challenged must be proven to exist. The court was moved requesting prosecutor enter into evidence proof of jurisdiction over me a natural person. Both parties are natural persons with no injured party corpus delecti, moveant.

Therefore we move the court this case be dismissed citing jurisdictional defect, numerous inconsistancies, false testimony lack of corpus delecti, injured party moveant.

Subscribed

On this 5'th day of October, 2011

In propria persona by special appearance only
Martin Joasn