FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2011 OCT 19  PM 1:33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | CASE NO.<br><br>**2 : 1 1 C R   1 6 3**<br><br>18 U.S.C. § 1201(a)<br>18 U.S.C. § 1512(b)(1) |
| v. | | |
| MARTIN J. JONASSEN | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
[Kidnapping]

Beginning on or about September 10, 2011, and continuing through on or about September 12, 2011, in the Northern District of Indiana and elsewhere, the defendant,

**MARTIN J. JONASSEN**

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom, reward and otherwise, Jane Doe, a 21 year-old female, by willfully transporting her in interstate commerce.

All in violation of Title 18, United States Code, Section 1201(a).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
[Obstruction of Justice]

Between on or about September 13, 2011 and on or about September 17, 2011, in the Northern District of Indiana, the defendant

**MARTIN J. JONASSEN**

attempted to intimidate, threaten, corruptly persuade and engage in misleading conduct toward Jane Doe, a 21 year-old female, with intent to influence her testimony in an official proceeding.

All in violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

DAVID A. CAPP
UNITED STATES ATTORNEY

By:  /s/ Jill Koster
Jill R. Koster
Assistant United States Attorney
Northern District of Indiana