NORTHREN DISTRICT OF INDIANA          FILED
HAMMOND DIVISION

UNITED STATES OF AMERICA

v                                    2011 OCT 25 AM 11:48

MARTIN JONASSEN                      case 2:11 mj 32
                                     U.S.
                                     FOR THE
                                     IN INDIANA

Statement

My daughter asked me to take her back to where her 28 year old "boy friend asked her to take a ride with him on his Vulcan motorcycle. So my daughter was driving prior to motel and she even got stopped by police about tailights not working. No kidnapping possible. Since she has been living with me all summer long in my house under my care with me providing everything, food, clothes, water, electric, treats, shelter, I am her legal guardian / parent. Then from motel I refused to change plans over someone 31 years her senior. Since she was "anything but" kidnapped or confined she decided to go to the old man as the saying goes "over my dead body". Incidentally I almost did get shot and have a loss of feeling in my right hand. A pretty 21 year old virgin in a high crime cold case homocide area really did "make a scene". And it worked joy riding the very next day she was, riding around with the old man, in a pickup truck. This is a documented fact. Anything else is tainted heresay, conjecture/embellishment, and must be stricken. Any legal guardian / parent in their right mind would try to prevent harm to the unstable runaway child under their care deliberately "making a scene" over a boy friend in a high crime, rape, homocide area. Obviously my daughter don't think I did anything wrong or she would have signed a statement or filed against me. This is simply a domestic disagreement. WHAT the tainted so called testimony says is a virgin dismissing any injuries as nothing.

                              Propria persona special appearance only
                              Martin Jon
                              Martin Jonassen

On this 23'RD day of October, 2011

M. Jonassen

Legal Mail

Stephen R. Ludwig
Clerks Office
United States District Court
5400 Federal Plaza
Hammond, Indiana

46320-1847

FOREVER
USA
FIRST-CLASS