United States District Court
NORTHREN DISTRICT OF INDIANA
HAMMOND, DIVISION

UNITED STATES OF AMERICA

v.

MARTIN JONASSEN

Case 2:11-cr-00163-RL-PRC

Notice Copy

I, Elizabeth Mary Jonassen on this twenty-fourth day of October, two-thousand and eleven, retract any speech, in regard to case no. 2:11 MJ 232, spoken prior to said date that could be construed as testimony.

Elizabeth Jonassen on 10/24/2011

On this 31st day of October, 2011

pro pria persona special appearance only

_Martin Jonassen_
Martin Jonassen

FILED 2011 NOV -8 AM 10:57