1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF INDIANA
2                             HAMMOND DIVISION

3

     UNITED STATES OF AMERICA,
4
          vs.                                 2:11-CR-163
5
     MARTIN J. JONASSEN,
6
               Defendant.
7
                    TRANSCRIPT OF ARRAIGNMENT/DETENTION HEARING
8                     BEFORE THE HONORABLE PAUL R. CHERRY
                             MAGISTRATE JUDGE
9                            OCTOBER 26, 2011

10   FOR THE GOVERNMENT:        Jill Rochelle Koster
                                U.S. Attorney's Office
11                              5400 Federal Plaza, Suite 1500
                                Hammond, Indiana  46320
12                              219-937-5500

13   FOR THE DEFENDANT:         John E. Martin
                                Federal Community Defenders, Inc.
14                              31 Sibley Street
                                Hammond, Indiana 46320
15                              219-9378020

16

17   Court Reporter:       Kelly M. Fitzgerald, RMR, CRR
                           Official Court Reporter
18                         United States District Court
                           5400 Federal Plaza, Suite 4082
19                         Hammond, Indiana  46320
                           219-852-3616

20

     Proceedings reported by CD.  Transcript produced by
21   computer-aided transcription.

22

23

24

25

```
1            THE COURT:  John, I invite you to come up --

2            MR. MARTIN:  Okay.

3            THE COURT:  -- and sit by another microphone.

4        Yeah, that's fine.

5            MR. MARTIN:  Thank you, Your Honor.

6            THE COURT:  This is the case of the United States of

7    America versus Martin J. Jonassen, 2:11-CR-163.  Today's date

8    is October 26th of 2011.  Present for the hearing today is the

9    United States government by Assistant United States Attorney,

10   Jill Koster.  The defendant, Mr. Jonassen, is here in person.

11   He is in the custody of the United States Marshal.  His

12   standby attorney, John Martin, is here, and pretrial services

13   officers Jerry Navarra and Nicholas Macker are here.

14       The case began by complaint, but on October 19, an

15   indictment was filed.  We are here today to have an initial

16   appearance and arraignment on the indictment and conduct a

17   detention hearing.

18       Mr. Jonassen, do you swear or affirm to tell the truth,

19   the whole truth and nothing but the truth so help you God?

20           THE DEFENDANT:  Yeah.  I go with the other Hebrew name,

21   but I know what you're saying there.

22           THE COURT:  You will tell the truth today when you

23   speak in the hearing?

24           THE DEFENDANT:  Yes.

25           THE COURT:  Mr. Jonassen, now the charge against you,
```

1    charges against you are in an indictment.  That's somewhat of

2    a different document.  It replaces the complaint.  The

3    complaint started the case on September 23.  That complaint is

4    no longer in effect, and now this October 19 indictment is in

5    effect, and those are the charges pending against you in this

6    case.

7         The purposes of the initial appearance today are to

8    inform you of the charges in the indictment, inform you of the

9    maximum possible penalties you face if you are convicted and

10   remind you of your rights, and then we'll have an arraignment

11   where you'll enter a plea of guilty or not guilty.  The Court

12   hearing today is not a trial.  It is not to determine if you

13   are guilty or not guilty.  Do you understand the purposes of

14   the initial appearance and arraignment?

15        THE DEFENDANT:  I hear what you're saying.

16        THE COURT:  During this entire hearing today, no matter

17   what the issue is, you -- whether it's initial appearance or

18   arraignment or detention or something else, you have the right

19   to remain silent.  You don't have to say anything at all

20   during this hearing if you don't want to.  This hearing is

21   being recorded.  Anything you say during this hearing can and

22   probably would be used against you later by the government, if

23   possible.  I will ask you more questions.  You don't have to

24   answer my questions.  If you don't want to answer a question,

25   just tell me that.  And if you want to choose to speak with

1    your standby attorney, Mr. Martin, during this hearing, you

2    can.  Do you understand this information about your right to

3    remain silent?

4         THE DEFENDANT:  I heard what you said and comprehended.

5         THE COURT:  Are you Martin J. Jonassen?

6         THE DEFENDANT:  Not corporate.

7         THE COURT:  I'll take notice of the fact that he's the

8    same person who has appeared in other hearings in this case

9    number.

10        What's your date of birth?

11        THE DEFENDANT:  2/21/56, natural person, common law

12   only, vast difference.

13        THE COURT:  Are you a U.S. citizen?

14        THE DEFENDANT:  No.

15        THE COURT:  Where is your citizenship?

16        THE DEFENDANT:  I'm a man of the land, born on the

17   land, natural person before the 14th Amendment citizenship was

18   granted to the slaves when they were released free and then

19   they became -- through the 14th Amendment, became U.S.

20   citizens.  And I'm, before the 14th amendment, a man of the

21   land.

22        THE COURT:  Have you put any alcohol or legal drugs or

23   illegal drugs into your body yesterday or today?

24        THE DEFENDANT:  It may sound like it, but no.

25        THE COURT:  Do you read, write and understand the

 1   English language?

 2         THE DEFENDANT:  Not too good, but I'm working on it.

 3         THE COURT:  Do you speak any other languages?

 4         THE DEFENDANT:  Yes.

 5         THE COURT:  What?

 6         THE DEFENDANT:  Spanish.

 7         THE COURT:  Any other languages?

 8         THE DEFENDANT:  Not fluently.

 9         THE COURT:  Is English your primary language?

10         THE DEFENDANT:  Yepper.  I mean yes, sir.  Sorry.

11         THE COURT:  Do you have any condition that might make

12   it difficult for you to understand these court proceedings and

13   to participate in them?

14         THE DEFENDANT:  I comprehend everything being said

15   basically.

16         THE COURT:  As I told you a minute ago, the charges

17   against you now are in an indictment.  In that indictment, the

18   U.S. government is saying that you have committed crimes.

19   Have you received a copy of the indictment?

20         THE DEFENDANT:  Right here in front of me.

21         THE COURT:  Have you read it?

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  Would you want me to read it to you out

24   loud right now?

25         THE DEFENDANT:  That won't be necessary.

1          THE COURT:  Ms. Koster, would you please summarize or

2     explain the two charges against him for him and tell him the

3     maximum possible penalties he faces if he's convicted?

4          MS. KOSTER:  Yes, Your Honor.  First, I just want to

5     apologize to the Court and to everybody here for keeping you

6     waiting today.  I'm sorry.

7          Mr. Jonassen, you are charged in a two-count indictment.

8     Count One charges you with kidnapping in violation of

9     18 U.S.C. Section 1201.  And it alleges that beginning on or

10    about September 10, 2011, and continuing through on or about

11    September 12, 2011, in the Northern District of Indiana and

12    elsewhere, you unlawfully seized, confined, inveigled,

13    decoyed, kidnapped, abducted and carried away and held for

14    ransom, reward and otherwise Jane Doe, a 21-year-old female,

15    by willfully transporting her in interstate commerce.  For

16    that count, you face a maximum possible penalty of life in

17    prison, a fine of up to $250,000, supervised release for up to

18    five years following imprisonment and a $100 special

19    assessment.

20         Count Two charges you with obstruction of justice in

21    violation of 18, U.S.C. Section 1512(b)(1).  And it alleges

22    that between on or about September 13, 2011 and on or about

23    September 17, 2011, here in the Northern District of Indiana,

24    you attempted to intimidate, threaten, corruptly persuade or

25    engage in -- engage in misleading conduct toward Jane Doe, a

1   21-year-old female, with intent to influence her testimony in

2   an official proceeding.  For that charge, you face a maximum

3   possible penalty of 20 years in prison, a fine of up to

4   $250,000, supervised release for up to five years and a

5   $100 special assessment.

6          THE DEFENDANT:  Excuse me, Your Honor.  I don't see all

7   that on my paper.  But when we was talking earlier, I forgot

8   to say that I was the *propia persona*, special appearance only,

9   and I immediately dismiss my standby counsel, and I am now

10  without counsel.  I have no counsel.  I am at this time

11  without any counsel at all.  And I would move the Court to a

12  continuance until I obtain further counsel.

13         THE COURT:  You cannot dismiss Mr. Martin.  He's

14  appointed by me, and he is standby counsel.  So your motion

15  for a continuance is denied.

16         THE DEFENDANT:  Well, I -- I think I have the right to

17  choose the counsel I want.  I thought I did.

18         THE COURT:  If you can pay for a counsel, you can

19  choose who you want.

20         THE DEFENDANT:  Yeah, I can.  I need to  -- I was just

21  checking out this first, you know, run-by.

22         THE COURT:  You're welcome to --

23         THE DEFENDANT:  And there's -- so I have to dismiss

24  him.

25         THE COURT:  You're welcome to hire any attorney you

```
 1    want to.  And once an attorney enters an appearance in this
 2    case saying to the Court he or she will represent you, then
 3    Mr. Martin will be dismissed from the case or terminated as
 4    your attorney --
 5         THE DEFENDANT:  But I --
 6         THE COURT:  -- as your standby attorney.
 7         THE DEFENDANT:  I object to having him be my assistance
 8    of counsel or standby counsel anymore.  I refuse him.  I
 9    dismiss him.  I can't use him.  He's recused.  He does not
10    work for me.
11         THE COURT:  Well, he's still your standby counsel.
12         THE DEFENDANT:  Against my will.  I have to object to
13    that.
14         THE COURT:  You don't have to use him, but he is still
15    your standby counsel.
16         THE DEFENDANT:  I don't see how you can force me to
17    take counsel that I don't want.
18         THE COURT:  Did you hear what Ms. Koster said about the
19    charges and the penalties?
20         THE DEFENDANT:  I don't feel to go forward until I have
21    competent counsel that I'm comfortable with.
22         THE COURT:  Have you contacted any attorneys?
23         THE DEFENDANT:  Yes, I have.
24         THE COURT:  Who?
25         THE DEFENDANT:  I don't have it written down, their
```

1    names and all, but yes, I've made several calls.

2          THE COURT:  Have any attorneys agreed to represent you

3    in this case?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Who?

6          THE DEFENDANT:  Like I said, I don't have it written

7    down here, but I can contact them and talk to them.  And

8    that's why I'm so glad that I've been able to do that.

9          THE COURT:  Well, it's hard for me to understand that

10   you've hired an attorney to represent you, but you don't even

11   know the attorney's name.

12         THE DEFENDANT:  Well, we're working through the -- I'm

13   screening them out better than I did last time.  Last time I

14   didn't screen out my friend here at all.

15         THE COURT:  Since --

16         THE DEFENDANT:  And I was not very happy at all with

17   the results.  It was backfired.  It was terrible.  And I just

18   can't go on with such bad counsel.

19         THE COURT:  You're telling me you've hired an attorney,

20   but no attorney has filed an appearance with the Court

21   notifying me that he -- he or she is going to represent you.

22         THE DEFENDANT:  That's why I was asking for a

23   continuance.  I need a little time for them to register and to

24   get done what needs to be done and work -- working through the

25   paperwork stuff.  I mean, they just can't jump onboard

```
 1      instantly.
 2              THE COURT:  Who is "we"?
 3              THE DEFENDANT:  Me and the attorney or the lawyer.
 4              THE COURT:  But you don't know his or her name?
 5              THE DEFENDANT:  There's quite a few of them, but the
 6      one I'm working on is -- well, I'm kind of in a state of mind
 7      today because I was in with some bad guys in the cell there.
 8      So -- but that information, I could relay it to you as soon as
 9      I get it in my hand.  I just can't pull it off the top of my
10      head right now.  But I --
11              THE COURT:  Have you paid any money to any attorney to
12      represent you in this case?
13              THE DEFENDANT:  Yes, I've paid up some money already.
14              THE COURT:  How much?
15              THE DEFENDANT:  $250.
16              THE COURT:  But you don't know the name?  You give
17      money to people --
18              THE DEFENDANT:  I could think of the name.
19              THE COURT:  You --
20              THE DEFENDANT:  If I thought real hard, I think.  Oh,
21      that was quite a deal in there, them guys threatening to beat
22      me up and stuff.  That's just why I was wanting to get a
23      continuance.  And then I was wanting to ask you for the --
24      make a motion to move to dismiss, too, because obviously my
25      daughter didn't think I did anything wrong or she would be
```

1    here or she would have signed a statement against me or she

2    would have filed something against me.  All this was was she

3    wanted to be with an old man.  The very next day after this,

4    she was riding around in his pickup truck.  And she was the

5    one driving the car so there is no kidnapping.

6         MS. KOSTER:  Your Honor, I'm sorry.  May I be heard as

7    to the defendant's request for a continuance?

8         THE COURT:  You may.

9         MS. KOSTER:  His phone calls are being closely

10   monitored by law enforcement.  He's not had contact with an

11   attorney who is willing to represent him.  We are aware of one

12   phone conversation he had with somebody who purports to be an

13   attorney or who he refers to as an attorney, but that

14   individual clearly told him that he would not represent him.

15        THE DEFENDANT:  And this is only on the phone,

16   Your Honor.  There's such a thing as mail.  It's called snail

17   mail, and people still use it.

18        THE COURT:  Your -- your motion to continue the hearing

19   is denied at least as to the initial appearance and the

20   arraignment.  We can revisit that motion when we get to the

21   detention hearing.

22        Did you hear what Ms. Koster said about the charges and

23   the penalties?

24        THE DEFENDANT:  Well, I'm kind of hesitant to move

25   forward, but I was halfway through my motion to dismiss.

1   Neither one of us are corporate citizens.  We're both natural

2   persons, common law persons.  And so, therefore, I move the

3   Court to enter at least a -- dismiss along this case.

4          THE COURT:  The motion is denied.  If you want to make

5   any motions to dismiss and you're going to have an attorney,

6   you really should do that through your attorney, although you

7   don't have to.  Did you hear what Ms. Koster said about the

8   charges and the possible penalties?

9          THE DEFENDANT:  I'm just kind of afraid to go ahead.  I

10  would like to try the detention hearing.  I feel more

11  comfortable with that.

12         THE COURT:  We'll address that when it's time for the

13  detention hearing, which I think will be in a few minutes.

14  We're proceeding now in the initial appearance and the

15  arraignment.  Did you hear what Ms. Koster said about the

16  charges and about the possible penalties?

17         THE DEFENDANT:  I can proceed ahead without counsel,

18  and yes, I did hear some -- what she said.

19         THE COURT:  Do you understand the two charges against

20  you?

21         THE DEFENDANT:  I comprehend.

22         THE COURT:  Do you understand the maximum possible

23  penalties you face if you are convicted?

24         THE DEFENDANT:  I comprehend.

25         THE COURT:  Do you have any questions you want to ask

 1    me about the charges or about the possible penalties?

 2         THE DEFENDANT:  I really can't say much, you know.

 3         THE COURT:  You're probably well aware of this, but

 4    I'll tell you again.  You have the right to be represented by

 5    a lawyer at every stage of this case.  You can make your own

 6    arrangements to hire your own private lawyer.  If you want to

 7    do that and if you have a source of money to pay for the

 8    lawyer, you're telling me that's you want to do.  If you want

 9    to be represented by a lawyer but you cannot afford one at any

10    time now or later during this case, I will appoint a lawyer to

11    represent you at no cost to you.  You also have the right to

12    proceed without a lawyer and represent yourself, but that

13    would not be a wise thing for you to do.  Do you understand

14    you have a right to have a lawyer represent you at every stage

15    in this case?

16         THE DEFENDANT:  Yes, Your Honor.  Thank you.  I

17    comprehend.

18         THE COURT:  Next, I'm going to tell you important

19    constitutional rights that you have in this case.  You have

20    the right to a public trial, a speedy trial and a jury trial

21    in the United States District Court, or you could choose to

22    have your trial before a judge with no jury if that is what

23    you want.  For the trial, you have the right to use the power

24    of the Court to issue subpoenas, to help you bring evidence to

25    court which might help you, including witnesses in your favor,

```
1    if there are any.   At trial, you have the right to see, hear,

2    confront and cross-examine all witnesses who testify against

3    you.  You have the right to have a lawyer help you at every

4    stage in this case.  You have the right to require the United

5    States government to prove the charges in court at a trial

6    beyond a reasonable doubt.  At trial, you cannot be required

7    to testify against yourself or even to testify at all.  If you

8    are convicted at trial, you would have the right to appeal

9    your convictions and sentences to the United States Court of

10   Appeals.

11       Do you understand those important rights that you have?

12       THE DEFENDANT:  I comprehend it.  The one I heard most

13   is basically I have the right not to proceed at all until I

14   have assistance of counsel, I think.

15       THE COURT:  I'm ready for you to enter a plea.

16       Martin J. Jonassen, what is your plea to the charges

17   against you in the indictment; is it guilty or is it not

18   guilty?

19       THE DEFENDANT:  I'm kind of at a loss here.  I really

20   can't proceed, can I, if I have the right to counsel, and yet,

21   I don't have counsel?

22       THE COURT:  You can hire an attorney any time you want

23   to, but we're going ahead with the arraignment today.  Do you

24   plead guilty or not guilty?  You've had plenty of time to try

25   to hire a lawyer, and it appears that you haven't made much,
```

```
 1        if any, progress on that.  Do you plead guilty or not guilty?

 2              THE DEFENDANT:  I have to go with not guilty,

 3     Your Honor.

 4              THE COURT:  Mr. Jonassen has pled not guilty --

 5              THE DEFENDANT:  Under duress.

 6              THE COURT:  -- so this case is set for trial.  The

 7     final pretrial conference is January 6, 2012 at 9:15 in the

 8     morning in this room before me.  The jury trial is January 17,

 9     that's a Tuesday after a Monday federal holiday, at 8:00 in

10     the morning before Judge Rudy Lozano.  I will issue a written

11     order that contains those dates and times.  The order requires

12     that each side confer with the other side within seven days

13     from today regarding discovery, but if no attorney enters an

14     appearance in this case to represent Mr. Jonassen within seven

15     days from today, I won't hold either side to conferring with

16     the other about discovery in that time period.  Preliminary

17     pretrial motions must be filed, if they're filed pursuant to

18     Federal Rule of Criminal Procedure 12(b), within 28 days from

19     today.

20        Mr. Jonassen, do you agree that the time you use for

21     preparing pretrial motions pursuant to Federal Rule of

22     Criminal Procedure 12(b), which is the time period between

23     today and the date such motion is filed, or 28 days from today

24     if no such motion is filed, be excluded in calculating the

25     time period for speedy trial under the Speedy Trial Act and
```

1    that the ends of justice served by excluding this time period

2    outweigh your best interests in a speedy trial?

3          THE DEFENDANT:  Right.  I would need at least -- see,

4    I'm just writing letters and all.  And I would need at least

5    six months, Your Honor, to get -- you know, to prepare my

6    defense.

7          THE COURT:  If I understand you correctly, you are

8    saying that this 28-day time period should be excluded for

9    calculating speedy trial time?

10         THE DEFENDANT:  Yeah.  I need as much time as possible

11    to prepare my defense.

12         THE COURT:  I take that as an agreement.

13       Ms. Koster, on behalf of the public, to the extent that

14    you can, do you agree that such time period be excluded for

15    calculating the time period of speedy trial?

16         MS. KOSTER:  Yes, Your Honor.

17         THE COURT:  I find that the defendant and the United

18    States government, on behalf of the public, have agreed that

19    this time period be excluded in calculation of the speedy

20    trial requirement.  I find that the ends of justice served by

21    excluding the time period used for the defendant's

22    consideration or preparation of pretrial motions outweigh his

23    best interests and the public's interests in a speedy trial.

24    I urge each side to promptly provide discovery materials to

25    the other side to avoid a request for a continuance of the

1    trial date based upon discovery not being timely provided.

2    Any plea agreements must be filed no later than five business

3    days prior to the first day of trial.  Any extensions of that

4    deadline must be requested by written motion filed with

5    Judge Lozano by five business days before the first day of

6    trial.

7          I note for the record and declare that Mr. Martin has

8    been present in this courtroom during the entire initial

9    appearance today and during the entire arraignment today, and

10   Mr. Jonassen has had an opportunity at any moment during these

11   court proceedings today to use Mr. Martin's skills and

12   abilities, but Mr. Jonassen has chosen not to do that.  That's

13   Mr. Jonassen's right, but he's had an attorney here at his

14   availability at every moment.  That continues now as we begin

15   the detention hearing.

16         Mr. Jonassen, if at any time you want to consult

17   Mr. Martin about procedural matters or legal matters or for

18   help in your court hearing today or in the future, you can do

19   that any time you want to.  We're now at the detention hearing

20   part of today's proceedings.  And a bit earlier, you asked me

21   to continue today's or postpone today's court hearing, and I

22   denied that request as to the initial appearance and the

23   arraignment.  Now I'm coming back to consider that for this

24   detention hearing.  You've also said today that you would like

25   to go forward with the detention hearing.  So what is your

```
 1    preference?  Do you want to have the detention hearing today
 2    or do you want it postponed?
 3            THE DEFENDANT:  That's a good -- I'm still -- you moved
 4    forward pretty quick there for me.  That statement of the
 5    guilty plea, I would like to retract that under duress.  And
 6    then could you -- could you enter a plea of some kind?  Yeah.
 7    I know you're just wanting to get one done today, one --
 8            THE COURT:  Well, you did not plead guilty today.
 9            THE DEFENDANT:  Oh, okay.  Thank you.  I didn't -- I
10    thought somehow I entered a guilty plea.  Oh, thank you.
11            THE COURT:  You did not.  I want to be real clear with
12    you.
13            THE DEFENDANT:  All right.
14            THE COURT:  And, for the record, I hope no one
15    misspoke.  I hope I didn't misspeak.  But your plea is not
16    guilty.  Okay?
17            THE DEFENDANT:  But I didn't enter it.
18            THE COURT:  Well, you did, but --
19            THE DEFENDANT:  But we'll say you did, can we?
20            THE COURT:  Well, you've already entered a not guilty
21    plea.
22            THE DEFENDANT:  But that was under duress.  Can I
23    retract that?
24            THE COURT:  No.
25            THE DEFENDANT:  I mean, if I didn't enter one, you
```

```
 1        would have entered one for me, right?

 2                THE COURT:  Correct.

 3                THE DEFENDANT:  And it would have been not guilty?

 4                THE COURT:  Correct.

 5                THE DEFENDANT:  It would have had to have been.  So

 6        that's the way I want it to go on the record.  That's why I

 7        said under duress because I weren't using my counsel.

 8                THE COURT:  Well, it's too late for that, but you have

 9        a not guilty plea entered.  Do you want to proceed with the

10        detention hearing today?

11                THE DEFENDANT:  Are trial dates, basically all this

12        stuff, you said, like, January and all, are those still, like,

13        in effect or what?

14                THE COURT:  Yes.

15                THE DEFENDANT:  What about the six months I asked for?

16                THE COURT:  If you want the trial later than

17        January 17, 2012, then you or a lawyer, if you have a lawyer,

18        should file a written motion with the Court to postpone, or

19        the word is continue, that trial date, and the Court might

20        grant that.

21                THE DEFENDANT:  Okay.  Now, that was just a simple

22        mistake I made there.  And I don't want that guilty plea to go

23        down as my plea but as your plea.

24                THE COURT:  Do you want to proceed with the detention

25        hearing today or do you want to postpone it?
```

1           THE DEFENDANT:  Since we already got this other stuff

2      in stone, as it were, the January 17th basically, I want to go

3      forward with it then.

4           THE COURT:  Okay.  Again, I remind you -- we'll go

5      ahead with the detention hearing.  I remind you that if you

6      want to use Mr. Martin during the hearing as your lawyer or as

7      your standby lawyer, occasionally or through the entire

8      hearing or through parts of the hearing or through none of the

9      hearing, that's up to you.

10          So, Ms. Koster, we'll proceed now with a contested

11     detention hearing.  However, before we do that, let me explain

12     to Mr. Jonassen what a detention hearing is about.

13          Mr. Jonassen, the purpose of this detention hearing is

14     for me to decide if there's any condition or combination of

15     conditions that will reasonably assure your appearance in

16     court as required and assure the safety of any other person

17     and the safety of the community in general.  When I make that

18     decision, I consider several factors.  Among the factors that

19     I consider are these.  These are some of the factors that are

20     included.  I consider the nature and circumstances of the

21     charges against you in this case; also, the weight of the

22     evidence against you; also, your history and characteristics,

23     including criminal history, if any; also, whether you were on

24     probation, parole, bond or other court supervision for another

25     offense at the time that these offenses are alleged to have

1    occurred or now; and, also, the nature and seriousness of the

2    danger to any person or to the community in general that would

3    be posed by your release.  Do you understand what the

4    detention hearing is about and what some of the factors are

5    that I consider?

6            THE DEFENDANT:  I comprehend those.  Thank you.

7            THE COURT:  A finding by me that no condition or

8    combination of conditions would reasonably assure the safety

9    of any other person or the safety of the community in general

10   must be supported by clear and convincing evidence.  A finding

11   by me that no condition or combination of conditions will

12   reasonably assure your appearance in court need only be

13   supported by a weight of the evidence.  Do you think you

14   understand that?

15           THE DEFENDANT:  I think I comprehend that.

16           THE COURT:  At this detention hearing, you have several

17   important rights.  They include the right to be represented by

18   a lawyer.  And you have Mr. Martin here available to you at

19   any time as your standby attorney.  You have the right to

20   testify on your own behalf today if you want to.  You have the

21   right to not testify today if you don't want to.  You have the

22   right to present witnesses to testify in your favor if there

23   are any, the right to cross-examine any witnesses the

24   government might call to testify today.  You have the right to

25   present information to me about -- that's in evidence and also

1    argument.  And you have the right to remain silent, and I told

2    you all about that a little earlier today in this hearing.  Do

3    you understand these rights that you have?

4         THE DEFENDANT:  I comprehend.  Thank you.

5         THE COURT:  You can again, I know I've told you this

6    before, I want to repeat it, you can speak privately with

7    Mr. Martin during this hearing for advice if you want to.  Do

8    you understand that?

9         THE DEFENDANT:  I comprehend.

10        THE COURT:  Now, Ms. Koster, you may proceed on the

11   detention hearing and present evidence.  I will consider as

12   evidence for purposes of today's detention hearing the

13   contents of the original complaint and affidavit, the contents

14   of the pretrial services report.  And, Ms. Koster, does the

15   statutory presumption of detention apply in this case?

16        MS. KOSTER:  May I have a moment, Your Honor?

17        THE COURT:  Yes.  I think it does because one of the

18   possible sentences for Count One is life imprisonment, and for

19   the second one is 20 years, although this is not a drug case.

20   Take your time.  There's no time pressure.

21        MS. KOSTER:  Thank you, Judge.  It's an interesting

22   question.  I just haven't addressed it directly.

23        THE COURT:  Mr. Jonassen, have you received a copy of

24   the pretrial services report?

25        THE DEFENDANT:  No.  I don't even know what that is.

```
 1        Sorry.

 2             THE COURT:  All right.  Well, Mr. Navarra is telling me

 3        you did, and Mr. Martin is telling me you did and they're

 4        pointing it to you -- pointing it out to you.

 5             THE DEFENDANT:  Oh, yes, sir.  It's right here.  Sorry.

 6             THE COURT:  Yeah, all right.  Have you looked it over?

 7             THE DEFENDANT:  Well, earlier when I still had counsel,

 8        and he said it was -- it meant I didn't have no prior history.

 9             THE COURT:  That's one thing that it means.  Do you

10        know if there's any information in that report that's

11        incorrect?

12             THE DEFENDANT:  I didn't look at it.

13             THE COURT:  It has -- it has your name, your address.

14        It has an introduction.  It has history, residence and family

15        ties.  It has your employment history.  That's all the first

16        page.  And the second -- and then it talks a little bit about

17        your finances.  And then on the second page, it talks about

18        your health history, physical and mental, your prior criminal

19        record and there is none found, and then a recommendation by

20        the pretrial services office.  So as far as you know, is all

21        of that correct?

22             THE DEFENDANT:  I don't understand much of it in the

23        sense it -- I like what -- I heard when I still had counsel

24        that it shows no prior history.  And looking on here, it seems

25        to be a good report from what I can --
```

```
 1                THE COURT:  All right.

 2                THE DEFENDANT:  -- pick up on it.

 3                THE COURT:  You're not aware of any wrong information

 4      in there, are you?

 5                THE DEFENDANT:  Well, this is wrong because of the

 6      nature of the offense charged and this assessment of

 7      nonappearance.  Both of those are wrong.

 8                THE COURT:  Okay.  I understand that.

 9                THE DEFENDANT:  Yeah.

10                THE COURT:  And that's -- that's what the pretrial

11      services officer is recommending.  I expect you to disagree

12      with that.

13                THE DEFENDANT:  Yeah.  And then the assessment of

14      danger, I disagree with that, too.

15                THE COURT:  Yes.  I expect you to disagree with that.

16      But things like your past history, those -- those are all

17      correct, as far as you know?

18                THE DEFENDANT:  As far as I can tell, just a quick

19      scan --

20                THE COURT:  Okay.

21                THE DEFENDANT:  -- here.

22                THE COURT:  Okay.

23                THE DEFENDANT:  I'm just curious, Your Honor.  Did you

24      receive my last filings?  They just came in today.  One was a

25      statement, and the other was another motion to dismiss.
```

 1          THE COURT:  I notice they have been -- they are shown

 2     as filed with the clerk's office.  I have not seen them.

 3     Actually, they -- they are shown as being filed yesterday.

 4          THE DEFENDANT:  Oh.  Well, they say some good stuff on

 5     them, both of them, actually.

 6          THE COURT:  Well, if -- you'll get a chance to

 7     basically tell me anything you want within the rules of the

 8     law today.  So you'll get a chance in a little bit to tell me

 9     why I should release you.

10          THE DEFENDANT:  Is it -- my memory is not too good as

11     it used to be.  Is -- would it be possible to have anybody

12     bring those to us, that statement?  It's not in the docket.

13          THE COURT:  Are you saying you want a copy?

14          THE DEFENDANT:  Yes.  My memory is not as good as I'd

15     like it to be, and I just would like to read off of that if --

16          THE COURT:  All right.  We'll get you one in a minute.

17          THE DEFENDANT:  Thank you.

18          THE COURT:  Sue, could you please print document 13?

19     Could you please print that and give it to Mr. Jonassen?  It

20     was filed yesterday.

21          THE DEFENDANT:  Does that include the motion to

22     dismiss?  Is that both papers?

23          THE COURT:  No.  So, Sue, could you also please print

24     14, as well?

25          THE DEFENDANT:  Thank you, Your Honor.

```
 1          THE COURT:  The record will show that Mr. Jonassen now
 2     has those documents.
 3          MR. MARTIN:  It's okay.  I can get them.
 4          MS. KOSTER:  I don't think we're going to have an
 5     answer for you.
 6          THE COURT:  All right.  My quick review of Title 18,
 7     United States Code, Section 3142, again, it's a quick review,
 8     but I don't see where there's a basis for statutory
 9     presumption.  So we'll proceed on the temporary assumption
10     that it doesn't apply.
11          MS. KOSTER:  Does not.
12          THE COURT:  Unless you let me know otherwise, but I
13     don't see it looking at the statute quickly.
14          MS. KOSTER:  Judge, there's a reference to 1201, but it
15     specifies offenses involving minors.
16          THE COURT:  Right.
17          MS. KOSTER:  And that would not apply here.
18          THE COURT:  Okay.
19          MS. KOSTER:  So we can't find any other place where
20     there's a statutory presumption of detention in this case.
21          THE COURT:  Okay.  Would you like to present evidence,
22     either formally or proffer or both?
23          MS. KOSTER:  Yes, Your Honor, by proffer.
24       You have the complaint affidavit that was signed in this
25     case.  The complaint affidavit lays out what occurred.  In
```

this case, the victim was found running down the highway.  She

was naked.  She was begging for help.  She ran into a liquor

store and asked for help, and she was then physically pulled

out of the liquor store by the defendant and forced to get

into a vehicle, at which point, thankfully, law enforcement

arrived and prevented the vehicle from leaving, although he

tried -- even after law enforcement arrived, he tried to pull

out of the parking lot.

The victim has been interviewed and indicated and has

consistently stated that she was taken against her will from

her home in Missouri and she was transported to Indiana and

that she was tied up at various points during the time she was

transported.  In fact, at the time that law enforcement

intervened, she had rope around an ankle, and rope was found

in the hotel room where she had been staying with the

defendant.

After he was charged and arrested and imprisoned in this

case, and after the Court entered an order of protection, and

I'm referring to the Porter County court, Your Honor, order of

protection that was entered on September 15th --

THE COURT:  Which, for the record, is a State of

Indiana court.

MS. KOSTER:  Yes, Your Honor.  And actually, it was

initially -- it looks like it was entered on the 15th, and it

references the date of the 12th, but he -- that was the date

1   of his arrest.  Despite that court order being entered, the

2   defendant attempted repeatedly to reach out to the victim and

3   urge her to change her testimony and say that she hadn't, in

4   fact, been kidnapped against her will.  He had a number of

5   different phone conversations with members of her family.

6   Those are laid out in the criminal complaint.  And then he

7   spoke directly to the victim and specifically asked her to

8   retract her statement.  She has not done that, and he has been

9   charged as a result of that -- those attempts and that contact

10  with obstruction of justice.  That's in the complaint and also

11  in the indictment.  He's been indicted for that charge,

12  obstruction of justice, due to that conduct.

13          Since being indicted, the defendant --

14          THE COURT:  I want to just make sure I understand.

15  You're saying -- I was making some notes.  I'm sorry if I got

16  lost a bit.  Are you saying he's been indicted in the

17  Porter County system?

18          MS. KOSTER:  No, Your Honor.  He's been indicted in --

19  in this court --

20          THE COURT:  For obstruction.

21          MS. KOSTER:  -- for the obstruction of justice that

22  relates to his phone calls made to members of his family,

23  including the victim.

24          THE COURT:  And that's a different case number?

25          MS. KOSTER:  No, Judge, that's in our indictment.

1      That's the obstruction of justice count in Count Two.

2              THE COURT:  All right.  Thank you.  I'm sorry.  I was

3      confused.

4              MS. KOSTER:  But my -- what I was referencing in the

5      Porter County court is the protective order that was entered

6      that remains in effect as those charges, as of today, are

7      still pending.

8          So he reached out to the victim despite being ordered not

9      to have contact with her, and he has attempted to change her

10     testimony or get her to alter her testimony, and that is what

11     underlies that obstruction of justice count.

12         Since being indicted for that charge of obstruction of

13     justice, the defendant has continued to make phone calls to

14     members of his family and has spoken directly to the victim as

15     recently as last night, again urging her to withdraw her

16     statement and change her claim that she was taken against her

17     own free will and brought to Indiana.

18         It's clear that this defendant is not going to stop

19     trying to harass and intimidate the victim into changing her

20     story.  And for that reason, the government's opinion is that

21     there is no way to assure the safety of this victim.  If he's

22     doing it on the phone calls that he knows are being recorded

23     from jail, we can only imagine what he would do if he were

24     released to try to get this girl, the victim in this case, to

25     change her -- her testimony.

```
 1            Also, I think that this man is a danger to the community,

 2      a very serious danger to the community.  He has been known in

 3      the past to possess weapons.  In fact, there are reports to

 4      law enforcement of him firing BB guns at his own children as a

 5      form of punishment, and he has engaged in potentially deadly

 6      behavior in the past with respect to his children.  Law

 7      enforcement is aware of the fact that his oldest daughter was

 8      killed in a car accident that the defendant has made

 9      statements to family members indicating he got into on

10      purpose.  He purposely got into a car accident that resulted

11      in the death of his own daughter.  And that was --

12            THE DEFENDANT:  Objection.

13            THE COURT:  What's the objection?

14            THE DEFENDANT:  She's leading with all kinds of wild

15      stories that aren't true.

16            THE COURT:  Well, there's no witness that she's

17      leading.  The objection is overruled.

18         Go ahead, Ms. Koster.

19            MS. KOSTER:  Your Honor, the -- law enforcement is

20      aware that the defendant at one point was upset with his wife

21      because she had left him and she had taken his children.  And

22      he was able to, uninvited, come into her house, the house

23      where she was located, and take his oldest daughter with him.

24      Thereafter, he tried to get his wife to return home.  When she

25      refused to return home, she said that the only reason she
```

 1    would do that is if there were an emergency of some kind.  A

 2    few days later, the defendant got into a car accident which

 3    resulted in the death of his daughter, and then he informed

 4    his wife there's been an emergency, will you come home now.

 5    And as I said, he's made statements to members of his family

 6    indicating that that car accident was the result of

 7    intentional conduct.  And I've reviewed the police reports

 8    relating to that car accident, and it's clear from the

 9    statement of the other driver and the other passengers that

10    were in the other car that Mr. Jonassen struck that he was

11    driving down the center of the highway.  And when the other

12    driver came up to a crest in the road, he saw Mr. Jonassen,

13    attempted to swerve away, and Mr. Jonassen and the other

14    driver both swerved into the lane that Mr. Jonassen should

15    have been driving in, and that's where they collided.  And

16    that accident resulted in the death, like I said, of his

17    daughter.

18        So this man is clearly a danger to the community and very

19    much a danger to the victim in this case.  And we believe that

20    there's no condition or combination of conditions that will

21    keep him and the community and the victim that will -- I'm

22    sorry -- assure their safety.

23        In addition, we have serious concerns about this

24    defendant fleeing the jurisdiction.  He is known to have taken

25    up residence, whether he actually owns the property or not is

1    another question, in multiple states.  He, as Your Honor has

2    seen, does not consider himself to be a citizen of the

3    United States or subject to the laws of the United States.

4    And all of these things --

5             THE DEFENDANT:  Objection.

6             THE COURT:  What's the objection?

7             THE DEFENDANT:  I understand common law, and I'm very

8    well in agreeance with it.

9             THE COURT:  Go ahead, Ms. Koster.

10            MS. KOSTER:  All of these things, Your Honor, we

11   believe culminate to suggest that there is no way to

12   reasonably assure this defendant's appearance in court in the

13   future.

14            THE COURT:  Thank you.

15        Now, Mr. Jonassen, you may present evidence on the issue

16   of detention if you want to.  If there are any witnesses here

17   you would like to call and ask questions to have me hear their

18   answers, you can do that.  If you want to testify yourself,

19   you can do that.  If you testify, you do still remain under

20   oath to tell the truth that we started the hearing with.  But

21   I want to warn you that if you testify at this point in this

22   hearing or otherwise say something, again, as I told you

23   earlier, this hearing is being recorded.  Anything you say

24   during this hearing can and probably would be used against you

25   later by the government, if possible, and you do have the

```
 1      right to remain silent and not say anything at all or be very
 2      careful about what you say at the hearing.
 3           Do you have any witnesses you would like to call?
 4                THE DEFENDANT:  Lots of them, but --
 5                THE COURT:  Are they here?
 6                THE DEFENDANT:  No.
 7                THE COURT:  Have you subpoenaed them?
 8                THE DEFENDANT:  No.
 9                THE COURT:  Would you like to testify?
10                THE DEFENDANT:  Yes.
11                THE COURT:  That's your choice.  Keep in mind my
12      warning I gave you.  And if you want to use the services of
13      Mr. Martin at any moment you want to, you may.
14                THE DEFENDANT:  Yes.  I'm just kind of being the nice
15      guy today, in my viewpoint, because I don't even believe --
16      like we said earlier, I'm a natural person.  I don't believe
17      I'm under corporate jurisdiction.  I believe that flag has a
18      yellow fringe around it, which is British admiralty rule, but
19      we won't go into all that so I'm just going along with y'all
20      today.  And I don't have counsel that I choose.  I don't have
21      counsel at all, in my viewpoint.  So I'm -- I'm just being a
22      nice guy today, in my viewpoint.  And I was wanting the court
23      docket of actions.  Did you -- did anybody have one of those?
24      It's right here?  Yeah.  Sorry about that.
25                UNIDENTIFIED SPEAKER:  (Inaudible).
```

1          THE DEFENDANT:  Well, I don't want to -- whatever.

2     I'll just look here.  Yes, Your Honor.  A long time ago, I

3     made a request to the prosecutor to enter in -- or the Court

4     did actually, I asked the Court to, to enter into evidence

5     proof of jurisdiction over being a natural person.  It can't

6     be done, and it's not here.  But we will -- so basically

7     there's nothing here, in a sense, but we will go forward just

8     to be the nice guy.

9          I have no prior record.  I have never been in jail.  I am

10    not a flight risk, and I will appear for all court dates.  And

11    as far as digging up all them wild stories about me wanting to

12    kill my daughter that I love, that's just plain nasty.  That's

13    why I objected.  And there's all these other farfetched

14    stories.  And so I'm very (indiscernible) affected if my

15    daughter had something against me, and obviously she don't,

16    but if she did, she would have signed a statement.  She would

17    have filed something against me or she would have been here

18    today.  And so she knows I didn't do nothing wrong, and I know

19    I didn't do nothing wrong.  She was driving the car, and I

20    refused to take her to an old man that she wanted to see.  So

21    she bailed, basically, and it worked.  And I will go ahead and

22    go along with this letter because, like I say, my memory is

23    not what it used to be.

24         She asked me to take her back to where her 28-year-old

25    boyfriend asked her to take a ride with him on his Vulcan

1     motorcycle.  So my daughter was driving prior to the motel,
2     and she even got stopped by police about taillights not
3     working.  No kidnapping possible.  Since she has been living
4     with me all summer long in my house under my care, of course I
5     beat her up every day, right?  All summer long she stayed with
6     me, with me providing everything, food, clothes, water,
7     electric, treats being whatever she wanted, shelter.  I am --
8     that does make me her legal guardian.  And she likes me.  I
9     like her.  We've had little Jerry Springer-type disagreements
10    before.  I'm sure everybody in here has had a disagreement
11    with one of their loved ones.  And that's all this is, is a
12    domestic disagreement.

13        And then from the motel, like I said earlier, I refused
14    to change plans over someone 31 years her senior.  They call
15    'em sugar daddies and cradle robbers.  Since she was anything
16    but kidnapped or confined, she decided to go to the old man,
17    as the saying goes, over my dead body.  And that's --
18    incidentally, that is what happened.  I almost did get shot,
19    and I still have a loss of feeling right here.  I won't go
20    into the details of that.  And what we got is a pretty
21    21-year-old virgin in a high crime, cold case homicide area
22    really did make a scene to accomplish end results.  And it
23    worked.  She was, this is a fact, joyriding.  The very next
24    day she was riding around with this old man in a pickup truck.
25    It's a nice pickup truck.  It's a brand new one.  This is a

1    documented fact.

2         And I know -- I have not contacted her, but I know that

3    she's forgiven me.  I can't say directly or indirectly.  But

4    we could say a drop or something.  I do know, as -- as our

5    little Jerry Springer-type disagreement that she's forgiven

6    me.  I've forgiven her.  We're friends.  I would not want to

7    get in the middle of two friends and try to pit them against

8    each other.  It's just weird.

9         But, anyway, back where we was again here, anything else

10   is simply, as I said before, tainted hearsay.  And it is

11   tainted.  I already proved that on the record.  It's got all

12   kinds of mess-ups in it.  It's an alleged story.  And anything

13   else should be conjecture and embellishment, and it must be

14   stricken.  Any legal guardian/parent in their right mind would

15   try to prevent harm to an unstable runaway child under their

16   care, deliberately making a scene over a boyfriend in a high

17   crime, rape, homicide area.  I'm sure if you had a loved one

18   under your care and you was the guardian of them, if they went

19   through a fit over a boyfriend in an area like this, which

20   this is, I've been seeing them cards, hundreds on each card,

21   there's a missing person and a dead person.  And it's just

22   anybody in their right mind would not leave one of their loved

23   ones that they're the guardian over run around like that in

24   that area.  There got to be something dreadfully wrong with

25   them.

1        Obviously my daughter didn't think I did anything wrong

2   or she would have signed a statement or filed against me, as I

3   said earlier, or she would have been here.  This is simply a

4   domestic disagreement.  What the tainted so-called testimony

5   says is a virgin dismissing any injuries as nothing, which I

6   did read some of that story, and I picked out some parts that

7   were true, dismissing any injuries as nothing.  Injuries were

8   prior to September 10th, and -- oh, there was something else

9   down there, but like I say, my memory ain't what it used to

10  be.  She's seen her friends getting married at 18.  She's 21.

11  That would get to you to even take an old man, and that's

12  fine.  That's not my business, as it were, and she knows that

13  I am willing to release the guardianship of her and let her do

14  her own thing, you know, flutter like a butterfly.  But this

15  incident we're talking about specifically was a virgin on the

16  prowl.  And that is one more thing off of that little

17  fairytale like she was telling that proved she was a virgin

18  so they don't be trying to point me out as a -- a daughter

19  slayer.  And this is the facts.  She lived with me all summer,

20  and we got along fine, and that's just the way it is.  There's

21  no problem there.

22        I get along fine with all the children.  And to make up

23  the story about trying to kill my oldest daughter for ulterior

24  motives is just sick, in my viewpoint.  And I do conversate --

25  converse with the family.  And I guess that's about all I can

say.  And in this motion here, which you've seen, is basically

what we said earlier, and we can just leave that sit on there,

if you want to.  I really can't see where I can add much off

of that, except that it does show a jurisdictional defect

because that's not on the record, what I asked therefore,

because there is no proof.  And it's got a bunch of stories

that are alleged stories, and it's -- therefore, I prove right

in the own report that it's false.  It contradicts itself in

two places.  One place it's got me in the outdoors.  Another

place it's got me in the bathroom.  So it's false testimony.

It has to be stricken.  And then, of course, common law is if

there's no injured party, movement corpus delicti, nobody is

pressing charges.

So I guess that's all I can say now to go along with

this.  I have no prior record, never been in jail, am not a

flight risk, will appear for all court dates.  If you want, I

can stay away from the whole state of Missouri, whatever, you

know.  I'm not trying to be anything or do anything or be a

danger to society.  I think that's -- I can't even think of

the right word, a slam, a big slam against me, to paint me

that way.  I don't know all the words to say to defend myself,

and I apologize for that.

THE COURT:  Are you done?

THE DEFENDANT:  Did you say dumb?

THE COURT:  No, I did not.  I said are you done?

1          THE DEFENDANT:  Yeah, I'm sorry about that.  I don't

2    know.  I guess I am.  I guess I need to be.  I don't know what

3    else I can say right now.

4          THE COURT:  Ms. Koster, anything else?

5          MS. KOSTER:  No, Your Honor.

6          THE COURT:  I find by clear and convincing evidence

7    that there is no condition or combination of conditions that

8    would reasonably assure the safety of any other person, in

9    particular, the victim alleged in this case, or the safety of

10   the community in general.  I also find by a preponderance of

11   the evidence that there is no condition or combination of

12   conditions that will reasonably assure Mr. Jonassen's

13   appearance in court as required.  I order his detention.  He

14   shall remain in the custody of the United States Marshal.  I

15   will issue a written detention order.

16       Mr. Jonassen, I urge you to keep working on hiring your

17   own attorney if you want to.  In the meantime, just so we're

18   very clear, Mr. Martin remains your standby attorney, and you

19   can use him any time you want to to help you defend this case.

20       Thank you.

21          MR. MARTIN:  Thank you, Your Honor.

22       (End of requested transcript.)

23

24

25

1                    CERTIFICATE OF REPORTER

2          I, Kelly M. Fitzgerald, a Registered Merit Reporter and

3     Certified Realtime Reporter, certify that the foregoing is a

4     transcript of the CD transcribed to the best of my ability.

5

6     s/Kelly M. Fitzgerald                November 30, 2011

7     _____

8     Kelly M. Fitzgerald, Official Reporter          Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [2] - 6:18, 7:5
**$250** [1] - 10:15
**$250,000** [2] - 6:17, 7:4

## '

**'em** [1] - 35:15

## 1

**10** [1] - 6:10
**10th** [1] - 37:8
**12** [1] - 6:11
**12(b** [2] - 15:18, 15:22
**1201** [2] - 6:9, 26:14
**12th** [1] - 27:25
**13** [1] - 6:22, 25:18
**14** [1] - 25:24
**14th** [3] - 4:17, 4:19, 4:20
**1500** [1] - 1:11
**1512(b)(1)** [1] - 6:21
**15th** [2] - 27:20, 27:24
**17** [3] - 6:23, 15:8, 19:17
**17th** [1] - 20:2
**18** [4] - 6:9, 6:21, 26:6, 37:10
**19** [2] - 2:14, 3:4

## 2

**2/21/56** [1] - 4:11
**20** [2] - 7:3, 22:19
**2011** [7] - 1:9, 2:8, 6:10, 6:11, 6:22, 6:23, 40:6
**2012** [2] - 15:7, 19:17
**21** [1] - 37:10
**21-year-old** [3] - 6:14, 7:1, 35:21
**219-852-3616** [1] - 1:19
**219-937-5500** [1] - 1:12
**219-9378020** [1] - 1:15
**23** [1] - 3:3
**26** [1] - 1:9
**26th** [1] - 2:8
**28** [2] - 15:18, 15:23
**28-day** [1] - 16:8

**28-year-old** [1] - 34:24
**2:11-CR-163** [1] - 1:4, 2:7

## 3

**30** [1] - 40:6
**31** [2] - 1:14, 35:14
**3142** [1] - 26:7

## 4

**4082** [1] - 1:18
**46320** [3] - 1:11, 1:14, 1:19

## 5

**5400** [2] - 1:11, 1:18

## 6

**6** [1] - 15:7

## 8

**8:00** [1] - 15:9

## 9

**9:15** [1] - 15:7

## A

**abducted** [1] - 6:13
**abilities** [1] - 17:12
**ability** [1] - 40:4
**able** [2] - 9:8, 30:22
**accident** [6] - 30:8, 30:10, 31:2, 31:6, 31:8, 31:16
**accomplish** [1] - 35:22
**Act** [1] - 15:25
**actions** [1] - 33:23
**add** [1] - 38:3
**addition** [1] - 31:23
**address** [2] - 12:12, 23:13
**addressed** [1] - 22:22
**admiralty** [1] - 33:18
**advice** [1] - 22:7
**affected** [1] - 34:14

**affidavit** [3] - 22:13, 26:24, 26:25
**affirm** [1] - 2:18
**afford** [1] - 13:9
**afraid** [1] - 12:9
**ago** [2] - 5:16, 34:2
**agree** [2] - 15:20, 16:14
**agreeance** [1] - 32:8
**agreed** [2] - 9:2, 16:18
**agreement** [1] - 16:12
**agreements** [1] - 17:2
**ahead** [7] - 12:9, 12:17, 14:23, 20:5, 30:18, 32:9, 34:21
**aided** [1] - 1:21
**ain't** [1] - 37:9
**alcohol** [1] - 4:22
**alleged** [4] - 20:25, 36:12, 38:7, 39:9
**alleges** [2] - 6:9, 6:21
**almost** [1] - 35:18
**alter** [1] - 29:10
**Amendment** - 4:17, 4:19
**amendment** [1] - 4:20
**America** [1] - 2:7
**AMERICA** [1] - 1:3
**ankle** [1] - 27:14
**answer** [3] - 3:24, 26:5
**answers** [1] - 32:18
**anyway** [1] - 36:9
**apologize** [2] - 6:5, 38:22
**appeal** [1] - 14:8
**Appeals** [1] - 14:10
**appear** [2] - 34:10, 38:16
**appearance** [16] - 2:16, 3:7, 3:14, 3:17, 7:8, 8:1, 9:20, 11:19, 12:14, 15:14, 17:9, 17:22, 20:15, 21:12, 32:12, 39:13
**appeared** [1] - 4:8
**apply** [3] - 22:15, 26:10, 26:17
**appoint** [1] - 13:10
**appointed** [1] - 7:14
**area** [4] - 35:21, 36:17, 36:19, 36:24
**argument** [1] - 22:1
**arraignment** [9] - 2:16, 3:10, 3:14, 3:18, 11:20, 12:15, 14:23,

17:9, 17:23
**ARRAIGNMENT/ DETENTION** [1] - 1:7
**arrangements** [1] - 13:6
**arrest** [1] - 28:1
**arrested** [1] - 27:17
**arrived** [2] - 27:6, 27:7
**assessment** [4] - 6:19, 7:5, 24:6, 24:13
**assistance** [2] - 8:7, 14:14
**Assistant** [1] - 2:9
**assumption** [1] - 26:9
**assure** [9] - 20:15, 20:16, 21:8, 21:12, 29:21, 31:22, 32:12, 39:8, 39:12
**attempted** [4] - 6:24, 28:2, 29:9, 31:13
**attempts** [1] - 28:9
**Attorney** [1] - 2:9
**attorney** [22] - 2:12, 4:1, 7:25, 8:1, 8:4, 8:6, 9:10, 9:19, 9:20, 10:3, 10:11, 11:11, 11:13, 12:5, 12:6, 14:22, 15:13, 17:13, 21:19, 39:17, 39:18
**attorney's** [1] - 9:11
**Attorney's** [1] - 1:10
**attorneys** [2] - 8:22, 9:2
**availability** [1] - 17:14
**available** [1] - 21:18
**avoid** [1] - 16:25
**aware** [5] - 11:11, 13:3, 24:3, 30:7, 30:20

## B

**backfired** [1] - 9:17
**bad** [2] - 9:18, 10:7
**bailed** [1] - 34:21
**based** [1] - 17:1
**basis** [1] - 26:8
**bathroom** [1] - 38:10
**BB** [1] - 30:4
**beat** [2] - 10:21, 35:5
**became** [2] - 4:19
**BEFORE** [1] - 1:8
**began** [1] - 2:14
**begging** [1] - 27:2
**begin** [1] - 17:14
**beginning** [1] - 6:9

**behalf** [3] - 16:13, 16:18, 21:20
**behavior** [1] - 30:6
**best** [3] - 16:2, 16:23, 40:4
**better** [1] - 9:13
**between** [2] - 6:22, 15:22
**beyond** [1] - 14:6
**big** [1] - 38:20
**birth** [1] - 4:10
**bit** [4] - 17:20, 23:16, 25:8, 28:16
**body** [2] - 4:23, 35:17
**bond** [1] - 20:24
**born** [1] - 4:16
**boyfriend** [3] - 34:25, 36:16, 36:19
**brand** [1] - 35:25
**bring** [2] - 13:24, 25:12
**British** [1] - 33:18
**brought** [1] - 29:17
**bunch** [1] - 38:6
**business** [2] - 17:2, 17:5, 37:12
**butterfly** [1] - 37:14

## C

**calculating** [3] - 15:24, 16:9, 16:15
**calculation** [1] - 16:19
**cannot** [2] - 7:13, 13:9, 14:6
**car** [8] - 11:5, 30:8, 30:10, 31:2, 31:6, 31:8, 31:10, 34:19
**card** [1] - 36:20
**cards** [1] - 36:20
**care** [3] - 35:4, 36:16, 36:18
**careful** [1] - 33:2
**carried** [1] - 6:13
**case** [30] - 2:6, 2:14, 3:3, 3:6, 4:8, 8:2, 8:3, 9:3, 10:12, 12:3, 13:5, 13:10, 13:15, 13:19, 14:4, 15:6, 15:14, 20:21, 22:15, 22:19, 26:20, 26:25, 27:1, 27:18, 28:24, 29:24, 31:19, 35:21, 39:9, 39:19
**CD** [2] - 1:20, 40:4
**cell** [1] - 10:7
**center** [1] - 31:11

**CERTIFICATE** [1] - 40:1

**Certified** [1] - 40:3

**certify** [1] - 40:3

**chance** [2] - 25:6, 25:8

**change** [5] - 28:3, 29:9, 29:16, 29:25, 35:14

**changing** [1] - 29:19

**characteristics** [1] - 20:22

**charge** [4] - 2:25, 7:2, 28:11, 29:12

**charged** [4] - 6:7, 24:6, 27:17, 28:9

**charges** [18] - 3:1, 3:5, 3:8, 5:16, 6:2, 6:8, 6:20, 8:19, 11:22, 12:8, 12:16, 12:19, 13:1, 14:5, 14:16, 20:21, 29:6, 38:13

**checking** [1] - 7:21

**CHERRY** [1] - 1:8

**child** [1] - 36:15

**children** [4] - 30:4, 30:6, 30:21, 37:22

**choice** [1] - 33:11

**choose** [5] - 3:25, 7:17, 7:19, 13:21, 33:20

**chosen** [1] - 17:12

**circumstances** [1] - 20:20

**citizen** [2] - 4:13, 32:2

**citizens** [2] - 4:20, 12:1

**citizenship** [2] - 4:15, 4:17

**claim** [1] - 29:16

**clear** [6] - 18:11, 21:10, 29:18, 31:8, 39:6, 39:18

**clearly** [2] - 11:14, 31:18

**clerk's** [1] - 25:2

**closely** [1] - 11:9

**clothes** [1] - 35:6

**Code** [1] - 26:7

**cold** [1] - 35:21

**collided** [1] - 31:15

**combination** [6] - 20:14, 21:8, 21:11, 31:20, 39:7, 39:11

**comfortable** [2] - 8:21, 12:11

**coming** [1] - 17:23

**commerce** [1] - 6:15

**committed** [1] - 5:18

**common** [4] - 4:11, 12:2, 32:7, 38:11

**community** [8] - 20:17, 21:2, 21:9, 30:1, 30:2, 31:18, 31:21, 39:10

**Community** [1] - 1:13

**competent** [1] - 8:21

**complaint** [9] - 2:14, 3:2, 3:3, 22:13, 26:24, 26:25, 28:6, 28:10

**comprehend** [9] - 5:14, 12:21, 12:24, 13:17, 14:12, 21:6, 21:15, 22:4, 22:9

**comprehended** [1] - 4:4

**computer** [1] - 1:21

**computer-aided** [1] - 1:21

**concerns** [1] - 31:23

**condition** [7] - 5:11, 20:14, 21:7, 21:11, 31:20, 39:7, 39:11

**conditions** [6] - 20:15, 21:8, 21:11, 31:20, 39:7, 39:12

**conduct** [4] - 2:16, 6:25, 28:12, 31:7

**confer** [1] - 15:12

**conference** [1] - 15:7

**conferring** [1] - 15:15

**confined** [2] - 6:12, 35:16

**confront** [1] - 14:2

**confused** [1] - 29:3

**conjecture** [1] - 36:13

**consider** [7] - 17:23, 20:18, 20:19, 20:20, 21:5, 22:11, 32:2

**consideration** [1] - 16:22

**consistently** [1] - 27:10

**constitutional** [1] - 13:19

**consult** [1] - 17:16

**contact** [4] - 9:7, 11:10, 28:9, 29:9

**contacted** [2] - 8:22, 36:2

**contains** [1] - 15:11

**contents** [2] - 22:13

**contested** [1] - 20:10

**continuance** [6] - 7:12, 7:15, 9:23, 10:23, 11:7, 16:25

**continue** [3] - 11:18, 17:21, 19:19

**continued** [1] - 29:13

**continues** [1] - 17:14

**continuing** [1] - 6:10

**contradicts** [1] - 38:8

**converate** [1] - 37:24

**conversation** [1] - 11:12

**conversations** [1] - 28:5

**converse** [1] - 37:25

**convicted** [4] - 3:9, 6:3, 12:23, 14:8

**convictions** [1] - 14:9

**convincing** [2] - 21:10, 39:6

**copy** [3] - 5:19, 22:23, 25:13

**corporate** [3] - 4:6, 12:1, 33:17

**corpus** [1] - 38:12

**correct** [4] - 19:2, 19:4, 23:21, 24:17

**correctly** [1] - 16:7

**corruptly** [1] - 6:24

**cost** [1] - 13:11

**counsel** [24] - 7:9, 7:10, 7:11, 7:12, 7:14, 7:17, 7:18, 8:8, 8:11, 8:15, 8:17, 8:21, 9:18, 12:17, 14:14, 14:20, 14:21, 19:7, 23:7, 23:23, 33:20, 33:21

**count** [4] - 6:7, 6:16, 29:1, 29:11

**Count** [4] - 6:8, 6:20, 22:18, 29:1

**County** [3] - 27:19, 28:17, 29:5

**course** [2] - 35:4, 38:11

**COURT** [119] - 1:1, 2:1, 2:3, 2:6, 2:22, 2:25, 3:16, 4:5, 4:7, 4:13, 4:15, 4:22, 4:25, 5:3, 5:5, 5:7, 5:9, 5:11, 5:16, 5:21, 5:23, 6:1, 7:13, 7:18, 7:22, 7:25, 8:6, 8:11, 8:14, 8:18, 8:22, 8:24, 9:2, 9:5, 9:9, 9:15, 9:19, 10:2, 10:4, 10:11, 10:14, 10:16, 10:19, 11:18, 12:4, 12:12, 12:19, 12:22, 12:25, 13:3, 13:18,

14:15, 14:22, 15:4, 15:6, 16:7, 16:12, 16:17, 18:8, 18:11, 18:14, 18:18, 18:20, 18:24, 19:2, 19:4, 19:8, 19:14, 19:16, 19:24, 20:4, 21:7, 21:16, 22:5, 22:10, 22:17, 22:23, 23:2, 23:6, 23:9, 23:13, 24:1, 24:3, 24:8, 24:10, 24:15, 24:20, 24:22, 25:1, 25:6, 25:13, 25:16, 25:18, 25:23, 26:1, 26:6, 26:12, 26:16, 26:18, 26:21, 27:21, 28:14, 28:20, 28:24, 29:2, 30:13, 30:16, 32:6, 32:9, 32:14, 33:5, 33:7, 33:9, 33:11, 38:23, 38:25, 39:4, 39:6

**court** [19] - 5:12, 13:25, 14:5, 17:11, 17:18, 17:21, 20:16, 20:24, 21:12, 27:19, 27:22, 28:1, 28:19, 29:5, 32:12, 33:22, 34:10, 38:16, 39:13

**Court** [17] - 1:17, 1:17, 1:18, 3:11, 6:5, 7:11, 8:2, 9:20, 12:3, 13:21, 13:24, 14:9, 19:18, 19:19, 27:18, 34:3, 34:4

**courtroom** [1] - 17:8

**cradle** [1] - 35:15

**crest** [1] - 31:12

**crime** [2] - 35:21, 36:17

**crimes** [1] - 5:18

**Criminal** [2] - 15:18, 15:22

**criminal** [3] - 20:23, 23:18, 28:6

**cross** [2] - 14:2, 21:23

**cross-examine** [2] - 14:2, 21:23

**CRR** [1] - 1:17

**culminate** [1] - 32:11

**curious** [1] - 24:23

**custody** [2] - 2:11, 39:14

## D

**daddies** [1] - 35:15

**danger** [7] - 21:2, 24:14, 30:1, 30:2, 31:18, 31:19, 38:19

**date** [7] - 2:7, 4:10, 15:23, 17:1, 19:19, 27:25

**Date** [1] - 40:7

**dates** [4] - 15:11, 19:11, 34:10, 38:16

**daughter** [12] - 10:25, 30:7, 30:11, 30:23, 31:3, 31:17, 34:12, 34:15, 35:1, 37:1, 37:18, 37:23

**days** [7] - 15:12, 15:15, 15:18, 15:23, 17:3, 17:5, 31:2

**dead** [2] - 35:17, 36:21

**deadline** [1] - 17:4

**deadly** [1] - 30:5

**deal** [1] - 10:21

**death** [3] - 30:11, 31:3, 31:16

**decide** [1] - 20:14

**decided** [1] - 35:16

**decision** [1] - 20:18

**declare** [1] - 17:7

**decoyed** [1] - 6:13

**defect** [1] - 38:4

**defend** [2] - 38:21, 39:19

**Defendant** [1] - 1:6

**defendant** [12] - 2:10, 16:17, 27:4, 27:16, 28:2, 28:13, 29:13, 29:18, 30:8, 30:20, 31:2, 31:24

**DEFENDANT** [102] - 1:13, 2:20, 2:24, 3:15, 4:4, 4:6, 4:11, 4:14, 4:16, 4:24, 5:2, 5:4, 5:6, 5:8, 5:10, 5:14, 5:20, 5:22, 5:25, 7:6, 7:16, 7:20, 7:23, 8:5, 8:7, 8:12, 8:16, 8:20, 8:23, 8:25, 9:4, 9:6, 9:12, 9:16, 9:22, 10:3, 10:5, 10:13, 10:15, 10:18, 10:20, 11:15, 11:24, 12:9, 12:17, 12:21, 12:24, 13:2, 13:16, 14:12, 14:19, 15:2, 15:5, 16:3, 16:10, 18:3, 18:9, 18:13, 18:17, 18:19, 18:22, 18:25, 19:3, 19:5, 19:11, 19:15, 19:21, 20:1, 21:6, 21:15, 22:4, 22:9,

22:25, 23:5, 23:7,
23:12, 23:22, 24:2,
24:5, 24:9, 24:13,
24:18, 24:21, 24:23,
25:4, 25:10, 25:14,
25:17, 25:21, 25:25,
30:12, 30:14, 32:5,
32:7, 33:4, 33:6, 33:8,
33:10, 33:14, 34:1,
38:24, 39:1
  **defendant's** [3] -
11:7, 16:21, 32:12
  **Defenders** [1] - 1:13
  **defense** [2] - 16:6,
16:11
  **deliberately** [1] -
36:16
  **delicti** [1] - 38:12
  **denied** [4] - 7:15,
11:19, 12:4, 17:22
  **despite** [2] - 28:1,
29:8
  **details** [1] - 35:20
  **detention** [25] - 2:17,
3:18, 11:21, 12:10,
12:13, 17:15, 17:19,
17:24, 17:25, 18:1,
19:10, 19:24, 20:5,
20:11, 20:12, 20:13,
21:4, 21:16, 22:11,
22:12, 22:15, 26:20,
32:16, 39:13, 39:15
  **determine** [1] - 3:12
  **difference** [1] - 4:12
  **different** [3] - 3:2,
28:5, 28:24
  **difficult** [1] - 5:12
  **digging** [1] - 34:11
  **directly** [4] - 22:22,
28:7, 29:14, 36:3
  **disagree** [3] - 24:11,
24:14, 24:15
  **disagreement** [4] -
35:10, 35:12, 36:5,
37:4
  **disagreements** [1] -
35:9
  **discovery** [4] -
15:13, 15:16, 16:24,
17:1
  **dismiss** [10] - 7:9,
7:13, 7:23, 8:9, 10:24,
11:25, 12:3, 12:5,
24:25, 25:22
  **dismissed** [1] - 8:3
  **dismissing** [2] -
37:5, 37:7
  **DISTRICT** [2] - 1:1,
1:1
  **District** [4] - 1:18,

6:11, 6:23, 13:21
  **DIVISION** [1] - 1:2
  **docket** [2] - 25:12,
33:23
  **document** [2] - 3:2,
25:18
  **documented** [1] -
36:1
  **documents** [1] - 26:2
  **Doe** [2] - 6:14, 6:25
  **domestic** [2] - 35:12,
37:4
  **done** [7] - 9:24, 18:7,
28:8, 34:6, 38:23,
38:25
  **doubt** [1] - 14:6
  **down** [6] - 8:25, 9:7,
19:23, 27:1, 31:11,
37:9
  **dreadfully** [1] - 36:24
  **driver** [3] - 31:9,
31:12, 31:14
  **driving** [5] - 4:11,
31:11, 31:15, 34:19,
35:1
  **drop** [1] - 36:4
  **drug** [1] - 22:19
  **drugs** [2] - 4:22, 4:23
  **due** [1] - 28:12
  **dumb** [1] - 38:24
  **duress** [4] - 15:5,
18:5, 18:22, 19:7
  **during** [12] - 3:16,
3:20, 3:21, 4:1, 13:10,
17:8, 17:9, 17:10,
20:6, 22:7, 27:12,
32:24

## E

  **effect** [4] - 3:4, 3:5,
19:13, 29:6
  **either** [2] - 15:15,
26:22
  **electric** [1] - 35:7
  **elsewhere** [1] - 6:12
  **embellishment** [1] -
36:13
  **emergency** [2] -
31:1, 31:4
  **employment** [1] -
23:15
  **end** [1] - 35:22
  **End** [1] - 39:22
  **ends** [2] - 16:1,
16:20
  **enforcement** [7] -
11:10, 27:5, 27:7,
27:13, 30:4, 30:7,

30:19
  **engage** [2] - 6:25
  **engaged** [1] - 30:5
  **English** [2] - 5:1, 5:9
  **enter** [8] - 3:11, 12:3,
14:15, 18:6, 18:17,
18:25, 34:3, 34:4
  **entered** [9] - 18:10,
18:20, 19:1, 19:9,
27:18, 27:20, 27:24,
28:1, 29:5
  **enters** [2] - 8:1,
15:13
  **entire** [4] - 3:16,
17:8, 17:9, 20:7
  **evidence** [12] -
13:24, 20:22, 21:10,
21:13, 21:25, 22:11,
22:12, 26:21, 32:15,
34:4, 39:6, 39:11
  **examine** [1] - 14:2,
21:23
  **except** [1] - 38:4
  **excluded** [4] - 15:24,
16:8, 16:14, 16:19
  **excluding** [2] - 16:1,
16:21
  **excuse** [1] - 7:6
  **expect** [2] - 24:11,
24:15
  **explain** [2] - 6:2,
20:11
  **extensions** [1] - 17:3
  **extent** [1] - 16:13

## F

  **face** [4] - 3:9, 6:16,
7:2, 12:23
  **faces** [1] - 6:3
  **fact** [7] - 4:7, 27:13,
28:4, 30:3, 30:7,
35:23, 36:1
  **factors** [4] - 20:18,
20:19, 21:4
  **facts** [1] - 37:19
  **fairytale** [1] - 37:17
  **false** [2] - 38:8, 38:10
  **family** [7] - 23:14,
28:5, 28:22, 29:14,
30:9, 31:5, 37:25
  **far** [3] - 23:20, 24:17,
24:18, 34:11
  **farfetched** [1] -
34:13
  **favor** [2] - 13:25,
21:22
  **Federal** [5] - 1:11,
1:13, 1:18, 15:18,

15:21
  **federal** [1] - 15:9
  **female** [2] - 6:14, 7:1
  **few** [3] - 10:5, 12:13,
31:2
  **file** [1] - 19:18
  **filed** [14] - 2:15, 9:20,
11:2, 15:17, 15:23,
15:24, 17:2, 17:4,
25:2, 25:3, 25:20,
34:17, 37:2
  **filings** [1] - 24:24
  **final** [1] - 15:7
  **finances** [1] - 23:17
  **fine** [6] - 2:4, 6:17,
7:3, 37:12, 37:20,
37:22
  **firing** [1] - 30:4
  **first** [5] - 6:4, 7:21,
17:3, 17:5, 23:15
  **fit** [1] - 36:19
  **Fitzgerald** [4] - 1:17,
40:2, 40:6, 40:7
  **five** [6] - 6:18, 7:4,
17:2, 17:5
  **flag** [1] - 33:17
  **fleeing** [1] - 31:24
  **flight** [2] - 34:10,
38:16
  **fluently** [1] - 5:8
  **flutter** [1] - 37:14
  **following** [2] - 6:18
  **food** [1] - 35:6
  **FOR** [2] - 1:10, 1:13
  **force** [1] - 8:16
  **forced** [1] - 27:4
  **foregoing** [1] - 40:3
  **forgiven** [3] - 36:3,
36:5, 36:6
  **forgot** [1] - 7:7
  **form** [1] - 30:5
  **formally** [1] - 26:22
  **forward** [6] - 8:20,
11:25, 17:25, 18:4,
20:3, 34:7
  **free** [2] - 4:18, 29:17
  **friend** [1] - 9:14
  **friends** [3] - 36:6,
36:7, 37:10
  **fringe** [1] - 33:18
  **front** [1] - 5:20
  **future** [2] - 17:18,
32:13

## G

  **general** [4] - 20:17,
21:2, 21:9, 39:10
  **girl** [1] - 29:24

  **glad** [1] - 9:8
  **God** [1] - 2:19
  **GOVERNMENT** [1] -
1:10
  **government** [7] -
2:9, 3:22, 5:18, 14:5,
16:18, 21:24, 32:25
  **government's** [1] -
29:20
  **grant** [1] - 19:20
  **granted** [1] - 4:18
  **guardian** [3] - 35:8,
36:18, 36:23
  **guardian/parent** [1] -
36:14
  **guardianship** [1] -
37:13
  **guess** [4] - 37:25,
38:14, 39:2
  **guilty** [20] - 3:11,
3:13, 14:17, 14:18,
14:24, 15:1, 15:2,
15:4, 18:5, 18:8,
18:10, 18:16, 18:20,
19:3, 19:9, 19:22
  **guns** [1] - 30:4
  **guy** [3] - 33:15,
33:22, 34:8
  **guys** [2] - 10:7,
10:21

## H

  **halfway** [1] - 11:25
  **HAMMOND** [1] - 1:2
  **Hammond** [3] - 1:11,
1:14, 1:19
  **hand** [1] - 10:9
  **happy** [1] - 9:16
  **harass** [1] - 29:19
  **hard** [2] - 9:9, 10:20
  **harm** [1] - 36:15
  **head** [1] - 10:10
  **health** [1] - 23:18
  **hear** [8] - 3:15, 8:18,
11:22, 12:7, 12:15,
12:18, 14:1, 32:17
  **heard** [4] - 4:4, 11:6,
14:12, 23:23
  **HEARING** [1] - 1:7
  **hearing** [41] - 2:8,
2:17, 2:23, 3:12, 3:16,
3:20, 3:21, 4:1, 11:18,
11:21, 12:10, 12:13,
17:15, 17:18, 17:19,
17:21, 17:24, 17:25,
18:1, 19:10, 19:25,
20:5, 20:6, 20:8, 20:9,
20:11, 20:12, 20:13,

21:4, 21:16, 22:2,
22:7, 22:11, 22:12,
32:20, 32:22, 32:23,
32:24, 33:2
 **hearings** [1] - 4:8
 **hearsay** [1] - 36:10
 **Hebrew** [1] - 2:20
 **held** [1] - 6:13
 **help** [8] - 2:19,
13:24, 13:25, 14:3,
17:18, 27:2, 27:3,
39:19
 **hesitant** [1] - 11:24
 **high** [2] - 35:21,
36:16
 **highway** [2] - 27:1,
31:11
 **himself** [1] - 32:2
 **hire** [4] - 7:25, 13:6,
14:22, 14:25
 **hired** [2] - 9:10, 9:19
 **hiring** [1] - 39:16
 **history** [8] - 20:22,
20:23, 23:8, 23:14,
23:15, 23:18, 23:24,
24:16
 **hold** [1] - 15:15
 **holiday** [1] - 15:9
 **home** [4] - 27:11,
30:24, 30:25, 31:4
 **homicide** [2] - 35:21,
36:17
 **Honor** [22] - 2:5, 6:4,
7:6, 11:6, 11:16,
13:16, 15:3, 16:5,
16:16, 22:16, 24:23,
25:25, 26:23, 27:19,
27:23, 28:18, 30:19,
32:1, 32:10, 34:2,
39:5, 39:21
 **HONORABLE** [1] -
1:8
 **hope** [2] - 18:14,
18:15
 **hotel** [1] - 27:15
 **house** [3] - 30:22,
35:4
 **hundreds** [1] - 36:20

**I**

 **illegal** [1] - 4:23
 **imagine** [1] - 29:23
 **immediately** [1] - 7:9
 **important** [3] -
13:18, 14:11, 21:17
 **imprisoned** [1] -
27:17
 **imprisonment** [2] -

6:18, 22:18
 **IN** [1] - 1:1
 **Inaudible)** [1] - 33:25
 **Inc** [1] - 1:13
 **incident** [1] - 37:15
 **incidentally** [1] -
35:18
 **include** [2] - 21:17,
25:21
 **included** [1] - 20:20
 **including** [3] - 13:25,
20:23, 28:23
 **incorrect** [1] - 23:11
 **INDIANA** [1] - 1:1
 **Indiana** [8] - 1:11,
1:14, 1:19, 6:11, 6:23,
27:11, 27:22, 29:17
 **indicated** [1] - 27:9
 **indicating** [2] - 30:9,
31:6
 **indicted** [5] - 28:11,
28:13, 28:16, 28:18,
28:12
 **indictment** [12] -
2:15, 2:16, 3:1, 3:4,
3:8, 5:17, 5:19, 6:7,
14:17, 28:11, 28:25
 **indirectly** [1] - 36:3
 **indiscernible** [1] -
34:14
 **individual** [1] - 11:14
 **influence** [1] - 7:1
 **inform** [2] - 3:8
 **information** [5] - 4:2,
10:8, 21:25, 23:10,
24:3
 **informed** [1] - 31:3
 **initial** [8] - 2:15, 3:7,
3:14, 3:17, 11:19,
12:14, 17:8, 17:22
 **injured** [1] - 38:12
 **injuries** [3] - 37:5,
37:7
 **instantly** [1] - 10:1
 **intent** [1] - 7:1
 **intentional** [1] - 31:7
 **interesting** [1] -
22:21
 **interests** [3] - 16:2,
16:23
 **interstate** [1] - 6:15
 **intervened** [1] -
27:14
 **interviewed** [1] -
27:9
 **intimidate** [2] - 6:24,
29:19
 **introduction** [1] -
23:14
 **inveigled** [1] - 6:12

 **invite** [1] - 2:1
 **involving** [1] - 26:15
 **issue** [5] - 3:17,
23:24, 15:10, 32:15,
39:15
 **itself** [1] - 38:8

**J**

 **jail** [3] - 29:23, 34:9,
38:15
 **Jane** [2] - 6:14, 6:25
 **January** [3] - 15:7,
15:8, 19:12, 19:17,
20:2
 **Jerry** [3] - 2:13, 35:9,
36:5
 **Jill** [2] - 1:10, 2:10
 **John** [3] - 1:13, 2:1,
2:12
 **Jonassen** [24] - 2:7,
2:10, 2:18, 2:25, 4:5,
6:7, 14:16, 15:4,
15:14, 15:20, 17:10,
17:12, 17:16, 20:12,
20:13, 22:23, 25:19,
26:1, 31:10, 31:12,
31:13, 31:14, 32:15,
39:16
 **JONASSEN** [1] - 1:5
 **Jonassen's** [2] -
17:13, 39:12
 **joyriding** [1] - 35:23
 **judge** [1] - 13:22
 **JUDGE** [1] - 1:8
 **Judge** [5] - 15:10,
17:5, 22:21, 26:14,
28:25
 **jump** [1] - 9:25
 **jurisdiction** [3] -
31:24, 33:17, 34:5
 **jurisdictional** [1] -
38:4
 **jury** [3] - 13:20,
13:22, 15:8
 **justice** [9] - 6:20,
16:1, 16:20, 28:10,
28:12, 28:21, 29:1,
29:11, 29:13

**K**

 **keep** [3] - 31:21,
33:11, 39:16
 **keeping** [1] - 6:5
 **Kelly** [2] - 40:2, 40:7
 **kelly** [1] - 1:17
 **kidnapped** [3] - 6:13,
28:4, 35:16

 **kidnapping** [3] - 6:8,
11:5, 35:3
 **kill** [2] - 34:12, 37:23
 **killed** [1] - 30:8
 **kind** [7] - 10:6,
11:24, 12:9, 14:19,
18:6, 31:1, 33:14
 **kinds** [2] - 30:14,
36:12
 **known** [2] - 30:2,
31:24
 **knows** [3] - 29:22,
34:18, 37:12
 **KOSTER** [20] - 6:4,
11:6, 11:9, 16:16,
22:16, 22:21, 26:4,
26:11, 26:14, 26:17,
26:19, 26:23, 27:23,
28:18, 28:21, 28:25,
29:4, 30:19, 32:10,
39:5
 **Koster** [14] - 1:10,
2:10, 6:1, 8:18, 11:22,
12:7, 12:15, 16:13,
20:10, 22:10, 22:14,
30:18, 32:9, 39:4

**L**

 **laid** [1] - 28:6
 **land** [3] - 4:16, 4:17,
4:21
 **lane** [1] - 31:14
 **language** [2] - 5:1,
5:9
 **languages** [2] - 5:3,
5:7
 **last** [4] - 9:13, 24:24,
29:15
 **late** [1] - 19:8
 **law** [12] - 4:11,
11:10, 12:2, 25:8,
27:5, 27:7, 27:13,
30:4, 30:6, 30:19,
32:7, 38:11
 **laws** [1] - 32:3
 **lawyer** [15] - 10:3,
13:5, 13:6, 13:8, 13:9,
13:10, 13:12, 13:14,
14:3, 14:25, 19:17,
20:6, 20:7, 21:18
 **lays** [1] - 26:25
 **leading** [2] - 30:14,
30:17
 **least** [4] - 11:19,
12:3, 16:3, 16:4
 **leave** [2] - 36:22,
38:2
 **leaving** [1] - 27:6

 **left** [1] - 30:21
 **legal** [4] - 4:22,
17:17, 35:8, 36:14
 **letter** [1] - 34:22
 **letters** [1] - 16:4
 **life** [2] - 6:16, 22:18
 **liquor** [2] - 27:2, 27:4
 **lived** [1] - 37:19
 **living** [1] - 35:3
 **located** [1] - 30:23
 **look** [2] - 23:12, 34:2
 **looked** [1] - 23:6
 **looking** [2] - 23:24,
26:13
 **looks** [1] - 27:24
 **loss** [2] - 14:19,
35:19
 **lost** [1] - 28:16
 **loud** [1] - 5:24
 **love** [1] - 34:12
 **loved** [3] - 35:11,
36:17, 36:22
 **Lozano** [2] - 15:10,
17:5

**M**

 **Macker** [1] - 2:13
 **MAGISTRATE** [1] -
1:8
 **mail** [2] - 11:16,
11:17
 **man** [9] - 4:16, 4:20,
11:3, 30:1, 31:18,
34:20, 35:16, 35:24,
37:11
 **married** [1] - 37:10
 **Marshal** [2] - 2:11,
39:14
 **MARTIN** [5] - 1:5,
2:2, 2:5, 26:3, 39:21
 **Martin** [16] - 1:13,
2:7, 2:12, 4:1, 4:5,
7:13, 8:3, 14:16, 17:7,
17:17, 20:6, 21:18,
22:7, 23:3, 33:13,
39:18
 **Martin's** [1] - 17:11
 **materials** [1] - 16:24
 **matter** [1] - 3:16
 **matters** [2] - 17:17
 **maximum** [5] - 3:9,
6:3, 6:16, 7:2, 12:22
 **mean** [3] - 5:10,
9:25, 18:25
 **means** [1] - 23:9
 **meant** [1] - 23:8
 **meantime** [1] - 39:17
 **members** [5] - 28:5,

28:22, 29:14, 30:9,
31:5
  **memory** [4] - 25:10,
25:14, 34:22, 37:9
  **mental** [1] - 23:18
  **Merit** [1] - 40:2
  **mess** [1] - 36:12
  **mess-ups** [1] - 36:12
  **microphone** [1] - 2:3
  **middle** [1] - 36:7
  **might** [4] - 5:11,
13:25, 19:19, 21:24
  **mind** [4] - 16:4,
33:11, 36:14, 36:22
  **minors** [1] - 26:15
  **minute** [2] - 5:16,
25:16
  **minutes** [1] - 12:13
  **misleading** [1] - 6:25
  **missing** [1] - 36:21
  **Missouri** [2] - 27:11,
38:17
  **misspeak** [1] - 18:15
  **misspoke** [1] - 18:15
  **mistake** [1] - 19:22
  **moment** [4] - 17:10,
17:14, 22:16, 33:13
  **Monday** [1] - 15:9
  **money** [4] - 10:11,
10:13, 10:17, 13:7
  **monitored** [1] -
11:10
  **months** [2] - 16:5,
19:15
  **morning** [2] - 15:8,
15:10
  **most** [1] - 14:12
  **motel** [2] - 35:1,
35:13
  **motion** [13] - 7:14,
10:24, 11:18, 11:20,
11:25, 12:4, 15:23,
15:24, 17:4, 19:18,
24:25, 25:21, 38:1
  **motions** [4] - 12:5,
15:17, 15:21, 16:22
  **motives** [1] - 37:24
  **motorcycle** [1] - 35:1
  **move** [4] - 7:11,
10:24, 11:24, 12:2
  **moved** [1] - 18:3
  **movement** [1] -
38:12
  **MR** [4] - 2:2, 2:5,
26:3, 39:21
  **MS** [20] - 6:4, 11:6,
11:9, 16:16, 22:16,
22:21, 26:4, 26:11,
26:14, 26:17, 26:19,
26:23, 27:23, 28:18,

28:21, 28:25, 29:4,
30:19, 32:10, 39:5
  **multiple** [1] - 32:1
  **must** [5] - 15:17,
17:2, 17:4, 21:10,
36:13

## N

  **naked** [1] - 27:2
  **name** [6] - 2:20,
9:11, 10:4, 10:16,
10:18, 23:13
  **names** [1] - 9:1
  **nasty** [1] - 34:12
  **natural** [5] - 4:11,
4:17, 12:1, 33:16,
34:5
  **nature** [3] - 20:20,
21:1, 24:6
  **Navarra** [2] - 2:13,
23:2
  **necessary** [1] - 5:25
  **need** [7] - 7:20, 9:23,
16:3, 16:4, 16:10,
21:12, 39:2
  **needs** [1] - 9:24
  **never** [2] - 34:9,
38:15
  **new** [1] - 35:25
  **next** [3] - 11:3,
13:18, 35:23
  **nice** [3] - 33:14,
33:22, 34:8, 35:25
  **Nicholas** [1] - 2:13
  **night** [1] - 29:15
  **nobody** [1] - 38:12
  **nonappearance** [1] -
24:7
  **none** [2] - 20:8,
23:19
  **NORTHERN** [1] - 1:1
  **Northern** [2] - 6:11,
6:23
  **note** [1] - 17:7
  **notes** [1] - 28:15
  **nothing** [6] - 2:19,
34:7, 34:18, 34:19,
37:5, 37:7
  **notice** [2] - 4:7, 25:1
  **notifying** [1] - 9:21
  **November** [1] - 40:6
  **number** [3] - 4:9,
28:4, 28:24

## O

  **oath** [1] - 32:20

  **object** [2] - 8:7, 8:12
  **objected** [1] - 34:13
  **objection** [5] - 30:12,
30:13, 30:17, 32:5,
32:6
  **obstruction** [8] -
6:20, 28:10, 28:12,
28:20, 28:21, 29:1,
29:11, 29:12
  **obtain** [1] - 7:12
  **obviously** [2] -
10:24, 34:15, 37:1
  **occasionally** [1] -
20:7
  **occurred** [2] - 21:1,
26:25
  **October** [3] - 2:8,
2:14, 3:4
  **OCTOBER** [1] - 1:9
  **OF** [4] - 1:1, 1:3, 1:7,
40:1
  **offense** [2] - 20:25,
24:6
  **offenses** [2] - 20:25,
26:15
  **Office** [1] - 1:10
  **office** [2] - 23:20,
25:2
  **officer** [1] - 24:11
  **officers** [1] - 2:13
  **official** [1] - 7:2
  **Official** [2] - 1:17,
40:7
  **old** [5] - 11:3, 34:20,
35:16, 35:24, 37:11
  **oldest** [3] - 30:7,
30:23, 37:23
  **onboard** [1] - 9:25
  **once** [1] - 8:1
  **one** [24] - 10:6, 11:5,
11:11, 12:1, 13:9,
14:12, 18:7, 18:14,
18:25, 19:1, 22:17,
22:19, 23:9, 24:24,
25:16, 30:20, 33:23,
35:11, 35:25, 36:17,
36:22, 37:16, 38:9
  **One** [2] - 6:8, 22:18
  **ones** [2] - 35:11,
36:23
  **opinion** [1] - 29:20
  **opportunity** [1] -
17:10
  **order** [8] - 15:11,
27:18, 27:19, 28:1,
29:5, 39:13, 39:15
  **ordered** [1] - 29:8
  **original** [1] - 22:13
  **otherwise** [3] - 6:14,
26:12, 32:22

  **outdoors** [1] - 38:9
  **outweigh** [2] - 16:2,
16:22
  **overruled** [1] - 30:17
  **own** [9] - 13:5, 13:6,
21:20, 29:17, 30:4,
30:11, 37:14, 38:8,
39:17
  **owns** [1] - 31:25

## P

  **page** [2] - 23:16,
23:17
  **paid** [2] - 10:11,
10:13
  **paint** [1] - 38:20
  **paper** [1] - 7:7
  **papers** [1] - 25:22
  **paperwork** [1] - 9:25
  **parking** [1] - 27:8
  **parole** [1] - 20:24
  **part** [1] - 17:20
  **participate** [1] - 5:13
  **particular** [1] - 39:9
  **parts** [2] - 20:8, 37:6
  **party** [1] - 38:12
  **passengers** [1] -
31:9
  **past** [3] - 24:16,
30:3, 30:6
  **PAUL** [1] - 1:8
  **pay** [2] - 7:18, 13:7
  **penalties** [8] - 3:9,
6:3, 8:19, 11:23, 12:8,
12:16, 12:23, 13:1
  **penalty** [2] - 6:16,
7:3
  **pending** [2] - 3:5,
29:7
  **people** [2] - 10:17,
11:17
  **period** [9] - 15:16,
15:22, 15:25, 16:1,
16:8, 16:14, 16:15,
16:19, 16:21
  **person** [12] - 2:10,
4:8, 4:11, 4:17, 20:16,
21:2, 21:9, 33:16,
34:5, 36:21, 39:8
  **persona** [1] - 7:8
  **persons** [2] - 12:2
  **persuade** [1] - 6:24
  **phone** [1] - 11:9,
11:12, 11:15, 28:5,
28:22, 29:13, 29:22
  **physical** [1] - 23:18
  **physically** [1] - 27:3
  **pick** [1] - 24:2

  **picked** [1] - 37:6
  **pickup** [3] - 11:4,
35:24, 35:25
  **pit** [1] - 36:7
  **place** [3] - 26:19,
38:9, 38:10
  **places** [1] - 38:9
  **plain** [1] - 34:12
  **plans** [1] - 35:14
  **Plaza** [2] - 1:11, 1:18
  **plea** [13] - 3:11,
14:15, 14:16, 17:2,
18:5, 18:6, 18:10,
18:15, 18:21, 19:9,
19:22, 19:23
  **plead** [3] - 14:24,
15:1, 18:8
  **pled** [1] - 15:4
  **plenty** [1] - 14:24
  **point** [4] - 27:5,
30:20, 32:21, 37:18
  **pointing** [2] - 23:4
  **points** [1] - 27:12
  **police** [2] - 31:7,
35:2
  **Porter** [2] - 27:19,
28:17, 29:5
  **posed** [1] - 21:3
  **possess** [1] - 30:3
  **possible** [14] - 3:9,
3:23, 6:3, 6:16, 7:3,
12:8, 12:16, 12:22,
13:1, 16:10, 22:18,
25:11, 32:25, 35:3
  **postpone** [3] - 17:21,
19:18, 19:25
  **postponed** [1] - 18:2
  **potentially** [1] - 30:5
  **power** [1] - 13:23
  **preference** [1] - 18:1
  **preliminary** [1] -
15:16
  **preparation** [1] -
16:22
  **prepare** [2] - 16:5,
16:11
  **preparing** [1] - 15:21
  **preponderance** [1] -
39:10
  **present** [7] - 2:8,
17:8, 21:22, 21:25,
22:11, 26:21, 32:15
  **pressing** [1] - 38:13
  **pressure** [1] - 22:20
  **presumption** [3] -
22:15, 26:9, 26:20
  **pretrial** [9] - 2:12,
15:7, 15:17, 15:21,
16:22, 22:14, 22:24,
23:20, 24:10

**pretty** [2] - 18:4, 35:20
**prevent** [1] - 36:15
**prevented** [1] - 27:6
**primary** [1] - 5:9
**print** [3] - 25:18, 25:19, 25:23
**prison** [2] - 6:17, 7:3
**private** [1] - 13:6
**privately** [1] - 22:6
**probation** [1] - 20:24
**problem** [1] - 37:21
**procedural** [1] - 17:17
**Procedure** [2] - 15:18, 15:22
**proceed** [9] - 12:17, 13:12, 14:13, 14:20, 19:9, 19:24, 20:10, 22:10, 26:9
**proceeding** [2] - 7:2, 12:14
**Proceedings** [1] - 1:20
**proceedings** [3] - 5:12, 17:11, 17:20
**produced** [1] - 1:20
**proffer** [2] - 26:22, 26:23
**progress** [1] - 15:1
**promptly** [1] - 16:24
**proof** [2] - 34:5, 38:6
**property** [1] - 31:25
**propia** [1] - 7:8
**prosecutor** [1] - 34:3
**protection** [2] - 27:18, 27:20
**protective** [1] - 29:5
**prove** [2] - 14:5, 38:7
**proved** [2] - 36:11, 37:17
**provide** [1] - 16:24
**provided** [1] - 17:1
**providing** [1] - 35:6
**prowl** [1] - 37:16
**public** [3] - 13:20, 16:13, 16:18
**public's** [1] - 16:23
**pull** [2] - 10:9, 27:7
**pulled** [1] - 27:3
**punishment** [1] - 30:5
**purports** [1] - 11:12
**purpose** [2] - 20:13, 30:10
**purposely** [1] - 30:10
**purposes** [3] - 3:7, 3:13, 22:12
**pursuant** [2] - 15:17,

15:21
**put** [1] - 4:22

## Q

**questions** [4] - 3:23, 3:24, 12:25, 32:17
**quick** [4] - 18:4, 24:18, 26:6, 26:7
**quickly** [1] - 26:13
**quite** [2] - 10:5, 10:21

## R

**ran** [1] - 27:2
**ransom** [1] - 6:14
**rape** [1] - 36:17
**reach** [1] - 28:2
**reached** [1] - 29:8
**read** [5] - 4:25, 5:21, 5:23, 25:15, 37:6
**ready** [1] - 14:15
**real** [2] - 10:20, 18:11
**really** [5] - 12:6, 13:2, 14:19, 35:22, 38:3
**Realtime** [1] - 40:3
**reason** [2] - 29:20, 30:25
**reasonable** [1] - 14:6
**reasonably** [6] - 20:15, 21:8, 21:12, 32:12, 39:8, 39:12
**receive** [1] - 24:24
**received** [2] - 5:19, 22:23
**recently** [1] - 29:15
**recommendation** [1] - 23:19
**recommending** [1] - 24:11
**record** [10] - 17:7, 18:14, 19:6, 23:19, 26:1, 27:21, 34:9, 36:11, 38:5, 38:15
**recorded** [3] - 3:21, 29:22, 32:23
**recused** [1] - 8:9
**reference** [1] - 26:14
**references** [1] - 27:25
**referencing** [1] - 29:4
**referring** [1] - 27:19
**refers** [1] - 11:13
**refuse** [1] - 8:8

**refused** [3] - 30:25, 34:20, 35:13
**regarding** [1] - 15:13
**register** [1] - 9:23
**Registered** [1] - 40:2
**relates** [1] - 28:22
**relating** [1] - 31:8
**relay** [1] - 10:8
**release** [5] - 6:17, 7:4, 21:3, 25:9, 37:13
**released** [2] - 4:18, 29:24
**remain** [6] - 3:19, 4:3, 22:1, 32:19, 33:1, 39:14
**remains** [2] - 29:6, 39:18
**remind** [3] - 3:10, 20:4, 20:5
**repeat** [1] - 22:6
**repeatedly** [1] - 28:2
**replaces** [1] - 3:2
**report** [5] - 22:14, 22:24, 23:10, 23:25, 38:8
**reported** [1] - 1:20
**REPORTER** [1] - 40:1
**Reporter** [5] - 1:17, 1:17, 40:2, 40:3, 40:7
**reports** [2] - 30:3, 31:7
**represent** [11] - 8:2, 9:2, 9:10, 9:21, 10:12, 11:11, 11:14, 13:11, 13:12, 13:14, 15:14
**represented** [3] - 13:4, 13:9, 21:17
**request** [4] - 11:7, 16:25, 17:22, 34:3
**requested** [2] - 17:4, 39:22
**require** [1] - 14:4
**required** [3] - 14:6, 20:16, 39:13
**requirement** [1] - 16:20
**requires** [1] - 15:11
**residence** [2] - 23:14, 31:25
**respect** [1] - 30:6
**result** [2] - 28:9, 31:6
**resulted** [3] - 30:10, 31:3, 31:16
**results** [2] - 9:17, 35:22
**retract** [3] - 18:5, 18:23, 28:8
**return** [2] - 30:24, 30:25

**review** [2] - 26:6, 26:7
**reviewed** [1] - 31:7
**revisit** [1] - 11:20
**reward** [1] - 6:14
**ride** [1] - 34:25
**riding** [2] - 11:4, 35:24
**rights** [5] - 3:10, 13:19, 14:11, 21:17, 22:3
**risk** [2] - 34:10, 38:16
**RMR** [1] - 1:17
**road** [1] - 31:12
**robbers** [1] - 35:15
**Rochelle** [1] - 1:10
**room** [2] - 15:8, 27:15
**rope** [1] - 27:14
**Rudy** [1] - 15:10
**rule** [1] - 33:18
**Rule** [2] - 15:18, 15:21
**rules** [1] - 25:7
**run** [2] - 7:21, 36:23
**run-by** [1] - 7:21
**runaway** [1] - 36:15
**running** [1] - 27:1

## S

**s/Kelly** [1] - 40:6
**safety** [8] - 20:16, 20:17, 21:8, 21:9, 29:21, 31:22, 39:8, 39:9
**saw** [1] - 31:12
**scan** [1] - 24:19
**scene** [2] - 35:22, 36:16
**screen** [1] - 9:14
**screening** [1] - 9:13
**second** [3] - 22:19, 23:16, 23:17
**Section** [3] - 6:9, 6:21, 26:7
**see** [8] - 7:6, 8:16, 14:1, 16:3, 26:8, 26:13, 34:20, 38:3
**seeing** [1] - 36:20
**seized** [1] - 6:12
**senior** [1] - 35:14
**sense** [2] - 23:23, 34:7
**sentences** [2] - 14:9, 22:18
**September** [7] - 3:3, 6:10, 6:11, 6:22, 6:23,

27:20, 37:8
**serious** [2] - 30:2, 31:23
**seriousness** [1] - 21:1
**served** [2] - 16:1, 16:20
**services** [6] - 2:12, 22:14, 22:24, 23:20, 24:11, 33:12
**set** [1] - 15:6
**seven** [2] - 15:12, 15:14
**several** [3] - 9:1, 20:18, 21:16
**shall** [1] - 39:14
**shelter** [1] - 35:7
**shot** [1] - 35:18
**show** [2] - 26:1, 38:4
**shown** [2] - 25:1, 25:3
**shows** [1] - 23:24
**Sibley** [1] - 1:14
**sick** [1] - 37:24
**side** [5] - 15:12, 15:15, 16:24, 16:25
**signed** [4] - 11:1, 26:24, 34:16, 37:2
**silent** [4] - 3:19, 4:3, 22:1, 33:1
**simple** [1] - 19:21
**simply** [2] - 36:10, 37:3
**sit** [2] - 2:3, 38:2
**six** [2] - 16:5, 19:15
**skills** [1] - 17:11
**slam** [1] - 38:20
**slaves** [1] - 4:18
**slayer** [1] - 37:19
**snail** [1] - 11:16
**so-called** [1] - 37:4
**society** [1] - 38:19
**someone** [1] - 35:14
**somewhat** [1] - 3:1
**soon** [1] - 10:8
**sorry** [10] - 5:10, 6:6, 11:6, 23:1, 23:5, 28:15, 29:2, 31:22, 33:24, 39:1
**sound** [1] - 4:24
**source** [1] - 13:7
**Spanish** [1] - 5:6
**SPEAKER** [1] - 33:25
**special** [3] - 6:18, 7:5, 7:8
**specifically** [2] - 28:7, 37:15
**specifies** [1] - 26:15
**speedy** [7] - 13:20,

15:25, 16:2, 16:9, 16:15, 16:19, 16:23
**Speedy** [1] - 15:25
**spoken** [1] - 29:14
**Springer** [2] - 35:9, 36:5
**Springer-type** [2] - 35:9, 36:5
**stage** [3] - 13:5, 13:14, 14:4
**standby** [11] - 2:12, 4:1, 7:9, 7:14, 8:6, 8:8, 8:11, 8:15, 20:7, 21:19, 39:18
**started** [2] - 3:3, 32:20
**State** [1] - 27:21
**state** [2] - 10:6, 38:17
**statement** [9] - 11:1, 18:4, 24:25, 26:12, 28:8, 29:16, 31:9, 34:16, 37:2
**statements** [2] - 30:9, 31:5
**States** [13] - 1:18, 2:6, 2:9, 2:11, 13:21, 14:5, 14:9, 16:18, 26:7, 32:3, 39:14
**states** [1] - 32:1
**STATES** [2] - 1:1, 1:3
**statute** [1] - 26:13
**statutory** [3] - 22:15, 26:8, 26:20
**stay** [1] - 38:17
**stayed** [1] - 35:5
**staying** [1] - 27:15
**still** [10] - 8:11, 8:14, 11:17, 18:3, 19:12, 23:7, 23:23, 29:7, 32:19, 35:19
**stone** [1] - 20:2
**stop** [1] - 29:18
**stopped** [1] - 35:2
**store** [2] - 27:3, 27:4
**stories** [5] - 30:15, 34:11, 34:14, 38:6, 38:7
**story** [4] - 29:20, 36:12, 37:6, 37:23
**Street** [1] - 1:14
**stricken** [2] - 36:14, 38:11
**struck** [1] - 31:10
**stuff** [5] - 9:25, 10:22, 19:12, 20:1, 25:4
**subject** [1] - 32:3
**subpoenaed** [1] - 33:7

**subpoenas** [1] - 13:24
**sue** [2] - 25:18, 25:23
**sugar** [1] - 35:15
**suggest** [1] - 32:11
**Suite** [2] - 1:11, 1:18
**summarize** [1] - 6:1
**summer** [1] - 35:4, 35:5, 37:19
**supervised** [2] - 6:17, 7:4
**supervision** [1] - 20:24
**supported** [2] - 21:10, 21:13
**swear** [1] - 2:18
**swerve** [1] - 31:13
**swerved** [1] - 31:14
**system** [1] - 28:17

# T

**taillights** [1] - 35:2
**tainted** [3] - 36:10, 36:11, 37:4
**talks** [2] - 23:16, 23:17
**temporary** [1] - 26:9
**terminated** [1] - 8:3
**terrible** [1] - 9:17
**testify** [11] - 14:2, 14:7, 21:20, 21:21, 21:22, 21:24, 32:18, 32:19, 32:21, 33:9
**testimony** [7] - 7:1, 28:3, 29:10, 29:25, 37:4, 38:10
**thankfully** [1] - 27:5
**THE** [223] - 1:1, 1:8, 1:10, 1:13, 2:1, 2:3, 2:6, 2:20, 2:22, 2:24, 2:25, 3:15, 3:16, 4:4, 4:5, 4:6, 4:7, 4:11, 4:13, 4:14, 4:15, 4:16, 4:22, 4:24, 4:25, 5:2, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:14, 5:16, 5:20, 5:21, 5:22, 5:23, 5:25, 6:1, 7:6, 7:13, 7:16, 7:18, 7:20, 7:22, 7:23, 7:25, 8:5, 8:6, 8:7, 8:11, 8:12, 8:14, 8:16, 8:18, 8:20, 8:22, 8:23, 8:24, 8:25, 9:2, 9:4, 9:5, 9:6, 9:9, 9:12, 9:15, 9:16, 9:19, 9:22, 10:2, 10:3, 10:4, 10:5, 10:11, 10:13, 10:14,

10:15, 10:16, 10:18, 10:19, 10:20, 11:8, 11:15, 11:18, 11:24, 12:4, 12:9, 12:12, 12:17, 12:19, 12:21, 12:22, 12:24, 12:25, 13:2, 13:3, 13:16, 13:18, 14:12, 14:15, 14:19, 14:22, 15:2, 15:4, 15:5, 15:6, 16:3, 16:7, 16:10, 16:12, 16:17, 18:3, 18:8, 18:9, 18:11, 18:13, 18:14, 18:17, 18:18, 18:19, 18:20, 18:22, 18:24, 18:25, 19:2, 19:3, 19:4, 19:5, 19:8, 19:11, 19:14, 19:15, 19:16, 19:21, 19:24, 20:1, 20:4, 21:6, 21:7, 21:15, 21:16, 22:4, 22:5, 22:9, 22:10, 22:17, 22:23, 22:25, 23:2, 23:5, 23:6, 23:7, 23:9, 23:12, 23:13, 23:22, 24:1, 24:2, 24:3, 24:5, 24:8, 24:9, 24:10, 24:13, 24:15, 24:18, 24:20, 24:21, 24:22, 24:23, 25:1, 25:4, 25:6, 25:10, 25:13, 25:14, 25:16, 25:17, 25:18, 25:21, 25:23, 25:25, 26:1, 26:6, 26:12, 26:16, 26:18, 26:21, 27:21, 28:14, 28:20, 28:24, 29:2, 30:12, 30:13, 30:14, 30:16, 32:5, 32:6, 32:7, 32:9, 32:14, 33:4, 33:5, 33:6, 33:7, 33:8, 33:9, 33:10, 33:11, 33:14, 34:1, 38:23, 38:24, 38:25, 39:1, 39:4, 39:6
**thereafter** [1] - 30:24
**therefore** [3] - 12:2, 38:5, 38:7
**threaten** [1] - 6:24
**threatening** [1] - 10:21
**tied** [1] - 27:12
**ties** [1] - 23:15
**timely** [1] - 17:1
**Title** [1] - 26:6
**today** [36] - 2:15, 2:22, 3:7, 3:12, 3:16, 4:23, 6:6, 10:7, 14:23, 15:13, 15:15, 15:19,

15:23, 17:9, 17:11, 17:18, 17:24, 18:1, 18:7, 18:8, 19:10, 19:25, 21:20, 21:21, 21:24, 22:2, 24:24, 25:8, 29:6, 33:15, 33:20, 33:22, 34:18
**today's** [5] - 2:7, 17:20, 17:21, 22:12
**top** [1] - 10:9
**toward** [1] - 6:25
**transcribed** [1] - 40:4
**transcript** [2] - 39:22, 40:4
**TRANSCRIPT** [1] - 1:7
**Transcript** [1] - 1:20
**transcription** [1] - 1:21
**transported** [2] - 27:11, 27:13
**transporting** [1] - 6:15
**treats** [1] - 35:7
**trial** [24] - 3:12, 13:20, 13:22, 13:23, 14:1, 14:5, 14:6, 14:8, 15:6, 15:8, 15:25, 16:2, 16:9, 16:15, 16:20, 16:23, 17:1, 17:3, 17:6, 19:11, 19:16, 19:19
**Trial** [1] - 15:25
**tried** [3] - 27:7, 30:24
**truck** [1] - 11:4, 35:24, 35:25
**true** [2] - 30:15, 37:7
**truth** [5] - 2:18, 2:19, 2:22, 32:20
**try** [5] - 12:10, 14:24, 29:24, 36:7, 36:15
**trying** [4] - 29:19, 37:18, 37:23, 38:18
**Tuesday** [1] - 15:9
**Two** [2] - 6:20, 29:1
**two** [5] - 6:2, 6:7, 12:19, 36:7, 38:9
**two-count** [1] - 6:7
**type** [2] - 35:9, 36:5

# U

**U.S** [4] - 1:10, 4:13, 4:19, 5:18
**U.S.C** [2] - 6:9, 6:21
**ulterior** [1] - 37:23
**under** [10] - 15:5, 15:25, 18:5, 18:22,

19:7, 32:19, 33:17, 35:4, 36:15, 36:18
**underlies** [1] - 29:11
**UNIDENTIFIED** [1] - 33:25
**uninvited** [1] - 30:22
**UNITED** [2] - 1:1, 1:3
**United** [13] - 1:18, 2:6, 2:9, 2:11, 13:21, 14:4, 14:9, 16:17, 26:7, 32:3, 39:14
**unlawfully** [1] - 6:12
**unless** [1] - 26:12
**unstable** [1] - 36:15
**up** [15] - 2:1, 6:17, 7:3, 7:4, 10:13, 10:22, 20:9, 24:2, 27:12, 31:12, 31:25, 34:11, 35:5, 37:22
**ups** [1] - 36:12
**upset** [1] - 30:20
**urge** [3] - 16:24, 28:3, 39:16
**urging** [1] - 29:15

# V

**various** [1] - 27:12
**vast** [1] - 4:12
**vehicle** [2] - 27:5, 27:6
**versus** [1] - 2:7
**victim** [13] - 27:1, 27:9, 28:2, 28:7, 28:23, 29:8, 29:14, 29:19, 29:21, 29:24, 31:19, 31:21, 39:9
**viewpoint** [4] - 33:15, 33:21, 33:22, 37:24
**violation** [2] - 6:8, 6:21
**virgin** [4] - 35:21, 37:5, 37:15, 37:17
**vs** [1] - 1:4
**Vulcan** [1] - 34:25

# W

**waiting** [1] - 6:6
**warn** [1] - 32:21
**warning** [1] - 33:12
**water** [1] - 35:6
**weapons** [1] - 30:3
**weight** [2] - 20:21, 21:13
**weird** [1] - 36:8
**welcome** [2] - 7:22,

7:25

**whole** [2] - 2:19, 38:17

**wife** [3] - 30:20, 30:24, 31:4

**wild** [2] - 30:14, 34:11

**willfully** [1] - 6:15

**willing** [2] - 11:11, 37:13

**wise** [1] - 13:13

**withdraw** [1] - 29:15

**witness** [1] - 30:16

**witnesses** [6] - 13:25, 14:2, 21:22, 21:23, 32:16, 33:3

**word** [2] - 19:19, 38:20

**words** [1] - 38:21

**write** [1] - 4:25

**writing** [1] - 16:4

**written** [6] - 8:25, 9:6, 15:10, 17:4, 19:18, 39:15

## Y

**y'all** [1] - 33:19

**years** [5] - 6:18, 7:3, 7:4, 22:19, 35:14

**yellow** [1] - 33:18

**yepper** [1] - 5:10

**yesterday** [3] - 4:23, 25:3, 25:20

**yourself** [3] - 13:12, 14:7, 32:18