UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

v

MARTIN JONASSEN

FILED
2:11cr163

2012 FEB 13  AM 10: 46

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Notice

Public Declaration and Notice of Immediate Withdraw of Consent

I Martin Jonassen a living soul of flesh and blood born to a natural family Mother and Father on February 21, 1956 and inhabitant domiciled in Oceana County and geographic boundaries of the sovereign Union state Michigan, hereby declare my full and complete renunciation, denouncement and withdraw of all possible forms of consent to the unlawful creation of, operation of, and participation in the current fraudulent de facto State of Michigan, State, and United States "bodies coporate" misrepresented as the People's state Michigan and government for the united states of America.

This withdraw of consent includes every known or hidden Fraudulent "unconscionable" agreement, obligation devise or contract, past, present or future relating to any vessel, individual, actor, natural or artifical person, "coporate fiction", commercial entity, legal fiction, legal term, Trust, statue standings or any possible combination of carefully constructed "words of art" CAPITUS DIMINUTIO MAXIMA or other creative "color of law" representation of my flesh and blood existence intentionally designed to replace my Creator given unalienable Rights, Life, Liberty, and the Pursuit of Happiness. With privileges, immunities, civil rights, statutory code, public policy currently enforced by a presumption of consent to the 14th Amendment "citizenship" and fraudulent defacto coporate UNITED STATES "STATE" and STATE of MICHIGAN. All past present, or future participation in this fradulent coporate UNITED STATES "STATE" and STATE of MICHIGAN including all related, subsidary or participatory coporate entities, shall be considered acts under duress, protest and "Without Prejudice" until such a time as we, all the men and women who constitute "the People" of MICHIGAN have all returned to the Common Law and only form of government consented to by the Liberty and Freedom minded men of 1776 - a Republican form of Government.

The Supremacy clause of the organic Constitution for the united states of America and this official Flesh and blood Withdraw of Consent - strike as Null and void:

- Unlawful, fraudulent, deceptive "body coporate" as a defacto government "instituted" by coporate citizens "registration" to vote perpetuated by participation;
- All usage whatsoever of the concept of "CAPITIS DIMINUTIO MAXIMA"
- Unlawful procedural system of Admiralty, Maritime, Equity, and "private" law administered by non-Article III Legislative tribunals used against federal United States "Citizens" under the jurisdiction thereof;
- Contracts, suretyships, impressments, licenses, registrations, certifications enrollments or benefits;
- "Coporate" States, agencies, franchises, subsidiaries, entities, extensions, departments bodies
- Defacto "body coporate" or "commander in chief" presidential executive order;
- Entire unlawful fraudulent Federal reserve system and unlawful Fiat currency;
- Public policy, legislation, act or treaty authorized/enacted by defacto "bodies coporate";
- Any 14th Amendment coporate "person" status / juristiction

Let it be known with this complete public and formal Withdraw of Consent and Act of federal Expatriation, I Martin Jonassen Sui juris Michigan national and physical Man on the Land expect an immediate and full return to the principles of the unanimous Declaration of Independence of 1776, my given unalienable Rights; Life, Liberty, and Pursuit of Happiness, and until a true remedy is revealed in full, All protections provided by Articles I thru VII of the organic Constitution.

On this 7th day of February, 2012

propria persona special appearance only

Martin Jonassen