UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND

UNITED STATES OF AMERICA
V
MARTIN JONASSEN

2:11cr163

2012 APR 26 AM 11:57

Impermissable Conflict Of Interest Notice

Comes now Pro Se Indigent In Forma Pauperis Defendant stating this case should be dismissed due to Impermissable Conflict of Interest. And state the following in support thereof:

1. Standby assistance of counsel is an employee of FCD a corporation funded by the so called Plaintiff.

2. Judge is an employee funded by the so called Plaintiff.

3. It is impossible to recieve fair and impartial hearings etc. under such circumstances SEE Brady v Maryland 373 US 83 SCt 1194 (1963) Bishop v US, Fish v McBride, Strickland v Washington, etc. See DE # 5, 8, 23, 83, 110, 116, 119, 124, 127, 130, 133, etc.

4. Indicating some of the reasons defendant is not able to obtain, motions, dockets, forms, etc. when repeatedly requested.

Therefore, without negating from other motions, due to Impermissible Conflict of Interest, and many other reasons etc., SEE DE 5, 8, 23, 83, 110, 116, 119, 124, 127, 130, 133, etc. we hereby move the Court case be dismissed with prejudice.

pro pria persona special appearance only
Martin Jonassen

On this 18th day of April, 2012

Martin Jonassen 447086
% Kankakee County Jail
3400 East Merchant Street
Kankakee, Illinois
[60901]

Legal Mail

Clerks Office
United States District Court
5400 Federal Plaza
Hammond, Indiana
[46320]



CHAMPAIGN IL 618
23 APR 2012 PM 2 T