**In the US Court at Hammond, Indiana**

**Judge James Moody, Division**

-FILED-

OCT 15 2012

At_____ M
ROBERT N TRGOVICH, Clerk
US DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Re: | { | 10/11/2012 |
| US | } | |
| v. | { | |
| MARTIN JOSEPH JONASSEN | } | |

### Testimony of Elizabeth Mary Jonassen

Comes now, I, Elizabeth Mary Jonassen and knowing fully the laws pertaining to perjury affirm that I am a woman, who was born in the year of nineteen hundred and eighty-nine, and now do and have abided in the USA since my birth, and now affirms that as of September twelfth, two thousand and eleven, the last thing I'd told Martin Joseph Jonassen(hereinafter referred to as Martin) concerning Michigan was I would go with him, and that in August of two thousand and eleven I returned to Missouri with Martin from Michigan and he asked me to go back later with him again and I said I would on the day after my brother's birthday(see the copy of my personal calendar that I have attached.). On September tenth, two thousand and eleven, I chose to go with Martin to Michigan, and have people believe that I didn't want to.


*Elizabeth Mary Jonassen*
Elizabeth Mary Jonassen

Before me, Lynda Brewer appeared Elizabeth Mary Jonassen and affirmed the foregoing.

*Lynda Brewer*
Lynda Brewer

County of Daviess
State of Missouri

LYNDA BREWER
Notary Public-Notary Seal
STATE OF MISSOURI
Daviess County
My Commission Expires: July 23, 2015
Commission #11540269

Testimony of Elizabeth Mary Jonassen, Pg. 2 of 2

On September tenth which is the day after my brothers birthday, Martin asked if I wanted help loading my stuff and I told him that I wanted Tim(a man I'd recently been spending time with) to call, and he said mockingly, "You're a school girl looking for a sugar daddy." So I kicked him and he pulled my hair and I tried foot and fist hitting him until he cuffed my hands together with his belt. Then I muttered under my breath and he put my clothes and myself in the car and started driving towards Michigan. After an hour had passed I took the belt off my hands and upon approaching a stop sign I said I wish I was dead and tried bolting out the car door. And Martin yanked me back and pulled to the side of the road and restrained me with his belt again. He then seatbelted me in and continued driving.

Then I was trying to free myself from the belts repeating that I want to commit suicide. And martin pulled over again and looked in the back carseat. He looked in the trunk and got some hay bale twine and tied me to the seat and kept driving. I fell asleep for a couple hours and when I woke up martin asked if I wanted anything and I saw we were in Iowa. I did not reply.

Then martin drove to a meadow and parked the car and leaned back to sleep. I loosened the straps on me and when I was free I opened the door and martin woke up and I said I am just going to go die and I started running toward the timberline through bush/grass and lost my footing and martin pulled me up and took me back

to the car and tied me with the twine and tied me to the seat. Then he laid back down and so did I until the morning. When martin woke up he started towards Michigan again. After a few hours he asked if I was hungry and I said yes and so we went to the mcdonalds drive through and got food and he hand fed me while driving. In the late afternoon martin stopped at a motel in Portage and paid while I was in the car and then went around to the room and cut the haybale twine off me and told me to take a nap. I went inside the room and went to sleep and when I woke up Martin was outside talking and when he came in he asked what I wanted to eat and I said "Pizza sounds good.", and watched tv until the pizza was delivered. After eating, Martin kept watching tv and I tried going to sleep and didn't and then told Martin "Give me my phone. I'm going to call my boyfriend." and he said that he didn't know where it was and he wasn't going to look for it, then I said "Then I'm taking yours!" and grabbed for his phone and he clutched it, and I kept trying to get it until he pushed me back then I tripped him and he pulled my hair and I slapped him and hit and kicked him until he put his belt around my hands and than held onto it, and then I laid on the bed and he watched tv and I fell asleep. Then I woke up in the night and Martin was sleeping and I crawled out of bed and looked for the phone and was by the door and then Martin woke up and said "Are you trying to get murdered? You don't go wandering around the city at night. Go back to sleep!", and I went back to

bed again and he moved furniture in front of the door, then I went back to sleep until morning and when I woke up, Martin was already up and he said "We're going to stop and see Terrence too… and you smell like you need to shower." and then he went outside and I went in the shower, and then I looked out the bathroom door and saw the motel room door was ajar and I decided that because Martin said "We're going to stop and see Terrence too……", I would excuse myself from going to Michigan and I went out the room and hurried past Martin and he said "Liz, what are you doing!?" and I didn't answer and started running and after about 500 yards I went into a liquor store. After exiting the liquor store and at various times thereafter I was confronted by strangers(some of them who are now known to me as Lana Sabata, Janis Regnier, Matt Chicantek, and Jill Koster, and Sue DeVries) about the events involving my presence at the liquor store in Portage, Indiana and they didn't show their authority as officers of the court and I didn't tell them the truth regarding the days of September tenth, eleventh, and twelfth, two-thousand and eleven, and on July sixteenth, two-thousand and twelve, before attending court I drank beer from the motel I stayed at in Merrilville, and whiskey I'd brought from Martin's home in Jameson, Missouri, and I was not thinking clearly.

*Elizabeth Mary Jonassen*
on 10/12/12

Pg. 3 of 3

# SEPTEMBER

| | WEDNESDAY | THURSDAY | | |
|---|---|---|---|---|
| | | 1 | 2 | |
| | 7 | 8 | 9 | |
| 13 | 14 | 15 | 16 | 17 |
| 20 Last Quarter | 21 | 22 | 23 | 24 |
| 27 New Moon | 28 | 29 | 30 Autumn Begins | |

Jonassen
24406 July Avenue
Gallatin, Mo.
64640

KANSAS CITY 640
12 OCT 2012 PM 7 L

Clerk of the Court
Northern District of Indiana
5400 Federal Plaza, Suite 1400
Hammond, Indiana 46320

4532018477S