US Dist CT
Northern Ind
Hammond Div

1 OF 2

2:11cr163

US inc
v
Martin Jonassen

2013 JAN -2 PM 2:13

FILED
FOR ...

Actual Legal Proof OF Innocence Exception Clause Support And Further Proof OF Corrupt Malicious Prosecutorial Misconduct Motion To Remove Phone/Mail Blocks/Gags As Prosecutor Has Interviewed Witnesses For Over A Year Now Yet Defendant Has Not BEEN Able To Interview Not "ONE" Witness Since 11-23-2011 (Over A Year Now)/Make calls on phone/write,etc. Only One OF "Many" Crimes Against Defendant By Prosecutorial Misconduct. Commonly called GAGGED, By Malicious Prosecution Etc. Motion.

Hereby adpt. by ref., INTENT etc of all motions etc by defendant in all Dist. CT, 7th Cir., And US Supreme Court Case 12-7603, and Per 4 cnrs R. IN PARI MATERI And restate same herein as if fully set out.

Per (R. 417) etc. Vacating protective Order, rather than a basically worthless halfway vacation of Protective Order, we move that all P.O. phone/mail Blocks, restrictions, gags, etc., be removed, (like they should have been done before trial, as requested), etc. Especially as prosecutor has interviewed (and still is) "Numerous" witnesses interviewing, (over a year now), while defendant Not "one". Such unlawful, illegal, unfair crimes against humanity/exploitation, and crimes of Due Process, Obstruction Of Justice 18;1512 b], Equal Protection, Fair Preparation, Etc.. Just a tip of the iceberg, Please see 7th Cir Case 12-3193 OE#20 etc a partial list of despicable crimes of malicious prosecutorial misconduct.

Also case 2:11cr163 (R. 407) 445 443 442 435 (R.409) 414 418 424 425 426 427 432 433 434, etc. Proving Actual Legal Innocence/Per Innocence Exception Clause. Move defendant verdict~~~~ be overturned and defendant be released on time served. Especially as pros. has long ago defaulted agreeing case "MUST" be dismissed. (R. 103)(R271), etc. And Move Under FOIA, 5 USCA §§ 522, Act and Statement Account Clause, And Due Process, Eq. Protect., And Fair Property And U.S. Constitution Article I § 9 cl. 7, hard copies of all filings by any party above (R. 300) be provided to defendant.

Failure to answer within 10 days will be deemed Court agrees relief requested is granted.

Objection Duress Coercion
No Contract Status Jurisdiction
All Inclusive All Rights reserved

Therefore we do hereby move the Honorable Court relief requested be granted / illegal, unlawful, wrongful, defective, verdict be overturned and defendant be released time served.    SINE DIE

Further your affiant saith naught;
Respectfully submitted,

On this 18th day of Dec, 2012

In propria persona Martin Jonassen unrepresented