UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:11 CR 163 |
| | ) | |
| MARTIN JONASSEN | ) | |

## O R D E R

Defendant/petitioner Martin Jonassen has filed a motion requesting an "expert medical exam" and for "reversal, dismissal on time served." (DE #677.) This is a closed criminal case, and Jonassen is in the custody of the Bureau of Prisons serving his sentence.

To the extent the motion requests medical treatment, Jonassen's medical care is a matter to be addressed by the Bureau of Prisons, and can be raised in federal court only after exhausting administrative remedies and then by filing a new cvil action. *See Massey v. Helman*, 196 F.3d 727 (7th Cir. 1999). Therefore, the motion is **DENIED** in that regard.

To the extent the motion attacks his conviction, the proper vehicle is a motion pursuant to 28 U.S.C. § 2255. RULE 2(c) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS requires a § 2255 motion to "substantially follow" the standard form. Jonassen's motion does not, and so it is **STRUCK**. The clerk is directed to send Jonassen, along with this order, a copy of the standard form for filing a § 2255 motion.

**SO ORDERED.**

Date: February 12, 2015

                                              s/James T. Moody
                                              JUDGE JAMES T. MOODY
                                              UNITED STATES DISTRICT COURT