UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:11 CR 163 |
| | ) | |
| MARTIN JONASSEN | ) | |

## O R D E R

Defendant Martin Jonassen has renewed his request for an appointed attorney to assist him in preparing a motion pursuant to 28 U.S.C. § 2255, citing *United States v. Cronic*, 466 U.S. 648 (1984), in support. Because he has not articulated any colorable claim he might raise in a collateral attack, and because there is no constitutional right to counsel in a § 2255 proceeding, *see Coleman v. Thompson*, 501 U.S. 722, 752-55 (1991); *Oliver v. United States*, 961 F.2d 1339, 1343 (7th Cir. 1992), this renewed request (DE #693) is **DENIED**.

**SO ORDERED.**

Date: April 10, 2015

                                      s/James T. Moody
                                      JUDGE JAMES T. MOODY
                                      UNITED STATES DISTRICT COURT